Theodore H. Frank (SBN 196332)
Adam E. Schulman (*pro hac vice* forthcoming)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,<br><br>*Defendants*. | Case No. 24-cv-____<br><br>**NOTICE OF FILING EXHIBITS TO COMPLAINT** |

The exhibits referenced in the above-captioned case, which has not yet received a civil docket number, were mistakenly omitted from the filing. *See*, *e.g.*, Dkt. 1 at 3 (referring to "Exhibit A"). All of these exhibits are publicly-available on websites such as X (formerly known as Twitter) or from the legislature.ca.gov, the state legislature's official website.[1]

---

[1] *See*, *e.g.*, AB-2839 Elections: deceptive media in advertisements — Bill Analysis, https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=202320240AB2839, which links to several of the exhibits.

For the convenience of the Court and parties, Plaintiff Kohls files the exhibits, which were intended to be filed along with the complaint, as attachments to this notice.

Dated: September 17, 2024          Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
Adam E. Schulman (*pro hac vice* forthcoming)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorney for Christopher Kohls*