# Complaint

# EXHIBIT A

9/17/24, 7:13 PM                    Gavin Newsom on X: "Manipulating a voice in an "ad" like this one should be illegal. I'll be signing a bill in a matter of weeks to mak…

Case 2:24-cv-02527-JAM-CKD    Document 2-1    Filed 09/17/24    Page 2 of 2

X
🔍 Search

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Verified Orgs
Profile
More

Post

**Gavin Newsom** ✓
@GavinNewsom

Manipulating a voice in an "ad" like this one should be illegal.

I'll be signing a bill in a matter of weeks to make sure it is.



10:47 PM · Jul 28, 2024 · **9.6M** Views

💬 21K    🔁 29K    ♡ 151K    🔖 4K    ⬆️

⚙ Most relevant ⌄

😊 Post your reply                                    Reply

**Elon Musk** ✓ 𝕏 @elonmusk · Jul 28
I checked with renowned world authority, Professor Suggon Deeznutz, and he said parody is legal in America 🤷



Mr Reagan 🇺🇸 ✓ @MrReaganUSA · Jul 26
Kamala Harris Campaign Ad PARODY

← Post

💬 12K    🔁 36K    ♡ 188K    📊 26M    🔖 ⬆️

**Relevant people**

**Gavin Newsom** ✓               Follow
@GavinNewsom
Husband to @JenSiebelNewsom, father. 40th Governor of Californi[a]. Former Lt. Governor of Californi[a]. Former San Francisco Mayor. Co[-host] of @politickinpod.

**What's happening**



**Dreamforce Main Keynote**
Technology · 5 hours ago

Trending in United States
**Misinformation**
199K posts