# Complaint

# EXHIBIT B

# DIGITAL DEMOCRACY CALMATTERS

Search for bills, hearings, people, and more

Issues | Directories | Legislators | Data Sources & Methodology

Bills

Share

## AB 2655: Defending Democracy from Deepfake Deception Act of 2024.

**Session Year:** 2023-2024     **House:** Assembly

**Current Status:** IN PROGRESS     (2024-08-27: Read third time. Passed. Ordered to the Assembly. (Ayes 31. Noes 9.).)

Introduced ✓ — First Committee Review ✓ — First Chamber ✓ — Second Committee Review ✓ — Second Chamber ✓ — Enacted ○

Summary | Bill Text | **Status** | Votes | Supporters & Opponents | Analysis

| Date | Status |
|---|---|
| Aug 27, 2024 | Read third time. Passed. Ordered to the Assembly. (Ayes 31. Noes 9.). |
| Aug 26, 2024 | Read second time. Ordered to third reading. |
| Aug 23, 2024 | Read third time and amended. Ordered to second reading. |
| Aug 19, 2024 | Read second time. Ordered to third reading. |
| Aug 15, 2024 | From committee: Amend, and do pass as amended. (Ayes 5. Noes 2.) (August 15). |
| Aug 5, 2024 | In committee: Referred to APPR suspense file. |
| Jul 3, 2024 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ayes 9. Noes 2.) (July 2). |
| Jun 18, 2024 | From committee: Do pass and re-refer to Com. on JUD. (Ayes 6. Noes 1.) (June 18). Re-referred to Com. on JUD. |
| Jun 11, 2024 | From committee chair, with author's amendments: Amend, and re-refer to committee. Read second time, amended, and re-referred to Com. on E. & C.A. |
| Jun 5, 2024 | Referred to Coms. on E. & C.A. and JUD. |
| May 23, 2024 | In Senate. Read first time. To Com. on RLS. for assignment. |
| May 22, 2024 | Read third time. Passed. Ordered to the Senate. (Ayes 56. Noes 1.) |
| May 21, 2024 | Read second time. Ordered to third reading. |
| May 20, 2024 | From committee: Amend, and do pass as amended. (Ayes 11. Noes 1.) (May 16). |
| May 8, 2024 | In committee: Set, first hearing. Referred to suspense file. |
| Apr 25, 2024 | Re-referred to Com. on APPR. |
| Apr 24, 2024 | Read second time and amended. |
| Apr 23, 2024 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ayes 9. Noes 0.) (April 23). |
| Apr 10, 2024 | Coauthors revised. |
| Apr 2, 2024 | Re-referred to Com. on ELECTIONS. |
| Apr 1, 2024 | Re-referred to Com. on ELECTIONS. |
| Mar 21, 2024 | Referred to Coms. on ELECTIONS and JUD. |
| Feb 15, 2024 | From printer. May be heard in committee March 16. |
| Feb 14, 2024 | Read first time. To print. |

**Bill Author**

Marc Berman  D

Gail Pellerin  D

**Bill Co-Author(s):**

Steve Bennett  D

Sabrina Cervantes  D

### Discussed in Hearing

46SEC — Aug 5, 2024 — Senate Standing Committee on Appropriations

13MIN — Jul 2, 2024 — Senate Standing Committee on Judiciary

15MIN — Jun 18, 2024 — Senate Standing Committee on Elections and Constitutional Amendments

1MIN — May 22, 2024 — Assembly Floor

28MIN — Apr 23, 2024 — Assembly Standing Committee on Judiciary

51SEC — Apr 23, 2024 — Assembly Standing Committee on Judiciary

24MIN — Apr 10, 2024 — Assembly Standing Committee on Elections

View Older Hearings

---

**Journalists backed by artificial intelligence bringing transparency and accountability to California's policy choices.**

About Digital Democracy

Data Sources & Methodology

Visit CalMatters

**Support this nonprofit initiative**

Digital Democracy informs Californians, holds officials accountable, and builds a stronger community. Brought to you by the 501(c)(3) nonprofit and nonpartisan CalMatters newsroom.

Support Our Work

**Sign up for news and updates**

Receive updates about Digital Democracy and CalMatters' daily newsletter that brings transparency to state government.

Email | Sign Up

By signing up, you agree to the terms.

Copyright © 2024 CalMatters     Terms & Conditions     Privacy Policy