# Complaint

# EXHIBIT F





Search for bills, hearings, people, and more

Bills

Share 

# AB 2839: Elections: deceptive media in advertisements.

**Session Year:** 2023-2024

**House:** Assembly

## Current Status:

**IN PROGRESS**

(2024-08-29: Read third time. Urgency clause adopted. Passed. Ordered to the Assembly. (Ayes 32. Noes 5.).)

- ✓ Introduced
- ✓ First Committee Review
- ✓ First Chamber
- ✓ Second Committee Review
- ✓ Second Chamber
- ○ Enacted

| Summary | Bill Text | **Status** | Votes | Supporters & Opponents | Analysis |

| Date | Status |
| --- | --- |
| Aug 29, 2024 | Read third time. Urgency clause adopted. Passed. Ordered to the Assembly. (Ayes 32. |
| Aug 26, 2024 | Read second time. Ordered to third reading. |
| Aug 23, 2024 | Read third time and amended. Ordered to second reading. |
| Aug 19, 2024 | Read second time. Ordered to third reading. |
| Aug 15, 2024 | From committee: Amend, and do pass as amended. (Ayes 5. Noes 2.) (August 15). |
| Aug 5, 2024 | In committee: Referred to APPR suspense file. |
| Jul 3, 2024 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ay |
| Jun 24, 2024 | From committee chair, with author's amendments: Amend, and re-refer to committee |
| Jun 18, 2024 | From committee: Do pass and re-refer to Com. on JUD. (Ayes 6. Noes 0.) (June 18). Re |
| Jun 5, 2024 | Referred to Coms. on E. & C.A., JUD. and APPR. |
| May 23, 2024 | In Senate. Read first time. To Com. on RLS. for assignment. |
| May 22, 2024 | Read third time. Passed. Ordered to the Senate. (Ayes 59. Noes 4.) |
| May 20, 2024 | Read second time. Ordered to third reading. |
| May 16, 2024 | From committee: Do pass. (Ayes 11. Noes 3.) (May 16). |
| May 15, 2024 | In committee: Set, first hearing. Referred to suspense file. |
| May 6, 2024 | Re-referred to Com. on APPR. |
| May 2, 2024 | Read second time and amended. |
| May 1, 2024 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ay |
| Apr 15, 2024 | Re-referred to Com. on JUD. |
| Apr 11, 2024 | Read second time and amended. |

| | |
|---|---|
| Apr 10, 2024 | From committee: Amend, and do pass as amended and re-refer to Com. on JUD. (Aye |
| Mar 21, 2024 | Referred to Coms. on ELECTIONS and JUD. |
| Feb 16, 2024 | From printer. May be heard in committee March 17. |
| Feb 15, 2024 | Read first time. To print. |

# Discussed in Hearing



Aug 5, 2024

Senate Standing Committee on Appropriations



Jul 2, 2024

Senate Standing Committee on Judiciary



Jun 18, 2024

Senate Standing Committee on Elections and Constitutional Amendments



May 22, 2024

Assembly Floor

[View Older Hearings](#)



Apr 30, 2024



Marc Berman  D

Assembly Standing Committee on Judiciary



Apr 10, 2024

Assembly Standing Committee on Elections

 [Gail Pellerin](#) D

## Bill Co-Author(s):

 [Josh Becker](#) D

 [Steve Bennett](#) D

 [Sabrina Cervantes](#) D

 [Bill Dodd](#) D

 [Corey Jackson](#) D

 [Sharon Quirk-Silva](#) D

 [Philip Ting](#) D

 [Avelino Valencia](#) D

 [Akilah Weber](#) D

 [Jim Wood](#) D

---

## Journalists backed by artificial intelligence bringing transparency and accountability to California's policy choices.

[About Digital Democracy](#)

[Data Sources & Methodology](#)

[Visit CalMatters](#)

## Support this nonprofit initiative

Digital Democracy informs Californians, holds officials accountable, and builds a stronger community. Brought to you by the 501(c)(3) nonprofit and nonpartisan CalMatters newsroom.

**Support Our Work**

## Sign up for news and updates

Receive updates about Digital Democracy and CalMatters' daily newsletter that brings transparency to state government.

| Email | Sign Up |

By signing up, you agree to the terms.



Copyright © 2024 CalMatters

Terms & Conditions    Privacy Policy