

## United States District Court
## Eastern District of California

Christopher Kohls

Plaintiff(s)

V.

Rob Bonta, Shirley N. Weber

Defendant(s)

Case Number: 24-cv-02527

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Adam E. Schulman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Christopher Kohls

On 06/06/2011 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 09/18/2024          Signature of Applicant: /s/ Adam E. Schulman

**Pro Hac Vice Attorney**

Applicant's Name: Adam E. Schulman

Law Firm Name: Hamilton Lincoln Law Institute

Address: 1629 K Street NW

Suite 300

City: Washington          State: DC          Zip: 20006

Phone Number w/Area Code: (610) 457-0856

City and State of Residence: Alexandria, VA

Primary E-mail Address: adam.schulman@hlli.org

Secondary E-mail Address: shuyande24@gmail.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Theodore H. Frank

Law Firm Name: Hamilton Lincoln Law Institute

Address: 1629 K Street NW

Suite 300

City: Washington          State: DC          Zip: 20006

Phone Number w/Area Code: (703) 203-3848          Bar # SBN196332


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated: _____          _____

JUDGE, U.S. DISTRICT COURT