Theodore H. Frank (SBN 196332)
    Email: ted.frank@hlli.org
Adam E. Schulman (*pro hac vice* pending)
    Email: adam.schulman@hlli.org
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848

*Attorneys for Plaintiff Christopher Kohls*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, | Case No. 2:24-cv-02527-JAM-CKD |
| *Plaintiff*, | **MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in her official capacity as California Secretary of State, | DATE: September 30, 2024<br>TIME:  TBD<br>JUDGE: Hon. John A. Mendez |
| *Defendants*. | |

As Federal Rule of Civil Procedure 65 permits, Plaintiff Christopher Kohls moves this Court for a preliminary injunction enjoining enforcement of California's recently passed AB 2839, codified at Cal. Elec. Code § 20012, *et seq.*

AB 2839 was enacted on September 17, 2024, when California Governor Gavin Newsom signed the amended version of the bill (along with two others) passed by the Legislature. It is in effect today. For the reasons explained in the attached Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order, it violates Kohls's First Amendment rights to free speech, the Fourteenth Amendment's due process guarantees, and the California Constitution's free speech protections. Further, as demonstrated in the Verified Complaint, the accompanying Affidavit, and the Memorandum in Support, AB 2839 causes irreparable injury to Kohls and other citizens of this state. Because Kohls demonstrates likelihood of success on the merits of his constitutional claims, he is irreparably harmed by AB 2839, and the balance of the equities and the public interest weigh in favor of enjoining enforcement of the law, Plaintiff specifically requests:

A. A temporary restraining order prohibiting Defendant Weber, her office, and any person acting in concert with her from enforcing AB 2839: (a) facially, against any speaker, *see Netchoice v. Bonta*, No. __F.4th__, 2024 U.S. App. LEXIS 20755 (9th Cir. Aug. 16, 2024) (affirming the appropriateness of facial relief in the First Amendment context); and (b) as applied to the constitutionally protected activities of Kohls.

B. A waiver of the bond requirement in Federal Rule of Civil Procedure 65(c), because Kohls has a high probability of success on the merits, *People ex rel. van de Kamp v. Tahoe Regional Plan*, 766 F.2d 1319, 1326 (9th Cir. 1985), the costs and damages from granting a TRO are insignificant, *U.S. v. State of Or.*, 675 F. Supp. 1249, 1253 (D. Or. 1987), and—most importantly—because Kohls brings this claim to protect his constitutional rights. *See, e.g.*, *Smith v. Board of Election Comm'rs*, 591 F. Supp. 70, 72 (N.D. Ill. 1984) (constitutional rights at stake).

Dated: September 18, 2024     Respectfully submitted,

/s/ *Theodore H. Frank*
Theodore H. Frank (SBN 196332)
Adam E. Schulman (*pro hac vice* pending)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Christopher Kohls*

## PROOF OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record. I also emailed this document to Kristin A. Liska, Deputy Attorney General, who has agreed to waive service but has not yet appeared, because her office will represent both defendants.

DATED this 18th day of September, 2024.

*/s/ Theodore H. Frank*
Theodore H. Frank