Theodore H. Frank (SBN 196332)
Adam E. Schulman (*pro hac vice* pending)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, | Case No. 2:24-cv-02527-JAM-CKD |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in her official capacity as California Secretary of State, | |
| *Defendants*. | |

The Motion for a Preliminary Injunction of Plaintiff Christopher Kohls was filed before this Court on September 18, 2024. Having read the applicable papers, and having heard from the Parties' counsel of record, the Court finds that Plaintiff has met his burden for a preliminary injunction enjoining enforcement of AB 2839. Plaintiff's Motion for a Temporary Restraining Order is GRANTED.

THEREFORE, IT IS ORDERED,

1. Defendant Weber and her employees, agents, servants, officers, and persons acting in concert with Defendant Weber, are enjoined from enforcing AB 2839.
2. The bond requirement under Federal Rule 65(c) is waived because Plaintiff asserts First Amendment claims that have a high probability of success on the merits, the costs and damages from granting this Preliminary Injunction are insignificant, and Plaintiff brings his claim to protect constitutional rights that serve the public interest.

DATED this _____ day of _____, _____.

_____
DISTRICT JUDGE
JOHN A. MENDEZ