

# United States District Court
# Eastern District of California

| Christopher Kohls | Case Number: 24-cv-02527 |

Plaintiff(s)

V.

| Rob Bonta, Shirley N. Weber |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Adam E. Schulman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Christopher Kohls

On 06/06/2011 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/18/2024         Signature of Applicant: /s/ Adam E. Schulman

**Pro Hac Vice Attorney**

Applicant's Name: Adam E. Schulman
Law Firm Name: Hamilton Lincoln Law Institute
Address: 1629 K Street NW
Suite 300
City: Washington   State: DC   Zip: 20006
Phone Number w/Area Code: (610) 457-0856
City and State of Residence: Alexandria, VA
Primary E-mail Address: adam.schulman@hlli.org
Secondary E-mail Address: shuyande24@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Theodore H. Frank
Law Firm Name: Hamilton Lincoln Law Institute
Address: 1629 K Street NW
Suite 300
City: Washington   State: DC   Zip: 20006
Phone Number w/Area Code: (703) 203-3848   Bar #: SBN196332

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/18/2024             /s/ John A. Mendez
                              JUDGE, U.S. DISTRICT COURT