1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA, State Bar No. 189613
   Supervising Deputy Attorney General
3  KRISTIN A. LISKA, State Bar No. 315994
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-3916
    Fax: (415) 703-5480
6   E-mail: Kristin.Liska@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER KOHLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in His Official Capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in Her Official Capacity as California Secretary of State,**<br><br>Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**NOTICE OF APPEARANCE BY KRISTIN A. LISKA ON BEHALF OF DEFENDANTS**<br><br>Dept:  6<br>Judge:  The Honorable John A. Mendez<br>Trial Date:  Not Scheduled<br>Action Filed:  9/17/2024 |

**TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that Deputy Attorney General Kristin A. Liska hereby enters her appearance in this action as the counsel of record assigned to represent Defendants Rob Bonta, in his official capacity as the California Attorney General, and Shirley N. Weber, in her official as the California Secretary of State.  Ms. Liska is a member of the State Bar of California and is admitted to practice in the United States District Court for the Eastern District of California.  Ms. Liska's contact information is as follows:

>   Kristin A. Liska, State Bar No. 315994
>   Office of the California Attorney General
>   Deputy Attorney General
>   455 Golden Gate Avenue, Suite 11000
>   San Francisco, CA  94102-7004
>   Telephone:  (415) 510-3916
>   Fax:  (415) 703-5480
>   E-mail:  Kristin.Liska@doj.ca.gov

Dated:  September 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Kristin Liska*
KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name:  *Kohls, Christopher v. Rob Bonta, et al.*
Case No.:   **2:24-cv-02527-JAM-CKD**

I hereby certify that on September 23, 2024, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**"NOTICE OF APPEARANCE BY KRISTIN A. LISKA ON BEHALF OF DEFENDANTS"**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on September 23, 2024, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |