John Langford (Cal. Bar No. 353647)
  Email: john.langford@protectdemocracy.org
Nicole Schneidman (Cal. Bar. No. 319511)*
  Email: nicole.schneidman@protectdemocracy.org
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (202) 942-5999
*Pro hac vice* application forthcoming

*Attorney for Amicus Curiae | Additional Attorney for Amicus Listed Below*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROB BONTA, *et al.*,<br><br>    *Defendants*. | No. 24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

Kenneth Parreno*
  Email: kenneth.parreno@protectdemocracy.org
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (202) 942-5999
*Pro hac vice* application forthcoming

Upon consideration of the Motion for Leave to File *Amicus Curiae* Brief in Support of Neither Party on Behalf of The Protect Democracy Project ("the Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that *Amicus Curiae* The Protect Democracy Project's Brief in Support of Neither Party on Behalf of The Protect Democracy Project, attached as exhibit to the Motion, is deemed filed.

DATED this _____ of _____, _____.

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE