Brian R. Chavez-Ochoa (CA Bar No. 190289)*
chavezochoa@yahoo.com
**Chavez-Ochoa Law Offices, Inc.**
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
Facsimile: (209) 772-3090

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

*Local Counsel
**Admitted pro hac vice

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Christopher Kohls**, | Civil No. 2:24-cv-02527-JAM-CKD |
| *Plaintiff,* | **Notice of Related Case** |
| v. | Judge John A. Mendez |
| **Robert A. Bonta**, *et al.*, | |
| *Defendants.* | |

1. Pursuant to Local Rule 123, Plaintiffs notify the Court of the following related case: *The Babylon Bee, LLC v. Bonta*, Case No. 24-cv-2787, filed Sept. 30, 2024. This notice of related case has also been filed in *The Babylon Bee*.

2. *The Babylon Bee* shares many similarities with this case. Both cases involve the same defendants: Rob Bonta and Shirley N. Weber. Both cases involve similar claims against the same California laws: First and Fourteenth Amendment claims against AB 2839 and AB 2655. Cal. Const. art. V, § 13; Cal. Elec. Code § 20516. Both cases involve plaintiffs who want to engage in speech prohibited by AB 2839, including some of the same speech. *Compare* V. Compl. ¶¶ 5–7, *Kohls v. Bonta*, No. 24-cv-2527 (Sept. 17, 2024), ECF No. 1 (describing fictitious Kamala Harris campaign ad), *with* V. Compl. ¶¶ 119–21, *The Babylon Bee*, ECF No. 1 (describing same fictitious ad). Both cases involve similar questions of law too: whether AB 2839 and AB 2655 unconstitutionally regulate the speech of everyday citizens and organizations who want to speak about the upcoming presidential election. *Compare* V. Compl. ¶¶ 4–16, *Kohls*, ECF No. 1, *with* V. Compl. ¶¶ 1–6, *The Babylon Bee*, ECF No. 1.

3. Plaintiffs in *The Babylon Bee* initially filed their action in the Central District of California. The Central District Court recognized that these two cases "involve[] substantially similar issues and parties." Min. Order, *The Babylon Bee*, ECF No. 15.

4. This Court granted an injunction in *Kohls*, enjoining AB 2839 for being a content-based regulation of speech that violated the plaintiff's First Amendment rights. Plaintiffs The Babylon Bee, LLC, and Kelly Chang Rickert seek the very same relief in their pending motion for a preliminary injunction. Appl. TRO or Mot. Prelim. Inj. 1–4, *The Babylon Bee*, ECF No. 12.

5. After this Court issued the preliminary injunction, the Central District transferred *The Babylon Bee* to the Eastern District because "the balance of factors favor[ed] transfer" and transferring the case would "serve the interests of justice and the convenience of the parties and witnesses." Order, *The Babylon Bee*, ECF No. 33.

6. Given the significant overlap between these two cases in questions of fact, law, and requests for relief, and given that Judge Mendez has already ruled on the legal issues presented in Plaintiffs' motion for preliminary injunction, assigning this action to Judge Mendez will likely save substantial judicial and party resources.

DATED:   October 16, 2024

<u>s/ Johannes Widmalm-Delphonse</u>
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs*

## PROOF OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

DATED this 16th day of October, 2024.

<u>s/ Johannes Widmalm-Delphonse</u>
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs*