UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>        Plaintiff,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,<br><br>        Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**RELATED CASE ORDER** |
| THE BABYLON BEE, LLC, and KELLY CHANG RICKERT,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02787-WBS-SCR |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:24-cv-02787-WBS-SCR be reassigned to Judge John A. Mendez and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-02787-JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: October 17, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT
                                JUDGE