Theodore H. Frank (SBN 196332)
Adam E. Schulman (admitted *pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 610-457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>Rob Bonta, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Stipulation re Consolidation**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>Rob Bonta, et al.<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-02787-JAM-CKD |

**STIPULATION**

1. This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Dkt. 44.

2. Plaintiffs in both above-entitled actions challenge the same two California statutes: AB 2839 (Cal. Elec. Code § 20012) and AB 2655 (Cal. Elec. Code § 20510).

3. Plaintiffs in both above-entitled actions bring the same or similar constitutional claims against the same Defendants: California Attorney General Rob Bonta and Secretary of State Shirley N. Weber.

4. All parties in the above-entitled matters consent to consolidation of these actions.

NOW THEREFORE, the parties hereby STIPULATE that:

5. The above-entitled actions shall be consolidated.

DATED:   October 22, 2024

s/ *Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
VA Bar No. 96040
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
571-707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
jscruggs@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4

s/ *Kristin A. Liska*
(authorized 10.22.24)

Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General
State Bar No. 315994
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3916
Fax:  (415) 703-5480
E-mail:  Kristin.Liska@doj.ca.gov

*Counsel for Defendants Robert A. Bonta and Shirley N. Weber*

Stipulation re Consolidation 1

| | |
|---|---|
| Valley Springs, CA 95252<br>209-772-3013<br>brianr@chavezochoalaw.com<br><br>*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* | <u>s/ Adam E. Schulman</u><br>(authorized 10.22.24)<br>Adam E. Schulman<br>Theodore H. Frank<br>Hamilton Lincoln Law Institute<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>610-457-0856<br>703-203-3848<br>adam.schulman@hlli.org<br>ted.frank@hlli.org<br><br>*Counsel for Plaintiff Christopher Kohls* |

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 22nd day of October, 2024.

>*s/ Adam E. Schulman*
>Adam E. Schulman
>Counsel for Plaintiff Christopher Kohls