1  Theodore H. Frank (SBN 196332)
2  Adam E. Schulman (admitted *pro hac vice*)
   HAMILTON LINCOLN LAW INSTITUTE
3  1629 K Street NW, Suite 300
   Washington, DC 20006
4  Voice: 610-457-0856
   Email: adam.schulman@hlli.org
5

6  *Attorneys for Plaintiff Christopher Kohls*

7  **UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 9  Christoper Kohls, | Case No. 2:24-cv-02527-JAM-CKD |
| 10             Plaintiff, | **[PROPOSED] ORDER to Consolidate** |
| 11  v. | **Judge:** John A. Mendez |
| 12  Rob Bonta, et al., | |
| 13             Defendants. | |
| 14 | |
| 15  The Babylon Bee, LLC, et al. | Case No. 2:24-cv-02787-JAM-CKD |
| 16             Plaintiffs, | |
| 17  v. | |
| 18  Rob Bonta, et al. | |
| 19             Defendants. | |
| 20 | |

1  Before the Court is Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert,
2 Plaintiff Christopher Kohls, and Defendants Rob Bonta and Shirley N Weber's joint
3 stipulation to consolidate *The Babylon Bee, LLC v. Bonta*, No. 2-24-cv-2787, with *Kohls v.*
4 *Bonta*, No. 2:24-cv-02527.

5  The Court can "consolidate" actions that "involve a common question of law or
6 fact[.]" Fed. R. Civ. P. 42(a). All of the consolidation factors either weigh in favor of
7 consolidation or are neutral.

8  The Court thus hereby orders the clerk to CONSOLIDATE *The Babylon Bee, LLC*
9 *v. Bonta*, No. 2-24-cv-2787, with *Kohls v. Bonta*, No. 2:24-cv-02527.

11 It is so ORDERED.

13  DATED: _____, 2024  _____
14                                 The Honorable John A. Mendez
15                                 Senior United States District Judge

Order to Consolidate 1

# PROOF OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 22nd day of October, 2024.

*s/ Adam E. Schulman*
Adam E. Schulman
Counsel for Plaintiff Christopher Kohls
