Theodore H. Frank (SBN 196332)
Adam E. Schulman (admitted *pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 610-457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPER KOHLS, | Case No. 2:24-cv-02527-JAM-CKD |
| Plaintiff, | **STIPULATION AND ORDER CONSOLIDATING CASES** |
| v. | |
| ROB BONTA, ET AL., | **Judge:** John A. Mendez |
| Defendants. | |
| THE BABYLON BEE, LLC, ET AL. | Case No. 2:24-cv-02787-JAM-CKD |
| Plaintiffs, | |
| v. | |
| ROB BONTA, ET AL. | |
| Defendants. | |

## STIPULATION

1.   This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Dkt. 44.

2.   Plaintiffs in both above-entitled actions challenge the same two California statutes: AB 2839 (Cal. Elec. Code § 20012) and AB 2655 (Cal. Elec. Code § 20510).

3.   Plaintiffs in both above-entitled actions bring the same or similar constitutional claims against the same Defendants: California Attorney General Rob Bonta and Secretary of State Shirley N. Weber.

4.   All parties in the above-entitled matters consent to consolidation of these actions.

NOW THEREFORE, the parties hereby STIPULATE that:

5.   The above-entitled actions shall be consolidated.

DATED:      October 22, 2024

_s/ Johannes Widmalm-Delphonse_
Johannes Widmalm-Delphonse
VA Bar No. 96040
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
571-707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
jscruggs@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
209-772-3013
brianr@chavezochoalaw.com

_s/ Kristin A. Liska_
(authorized 10.22.24)

Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General
State Bar No. 315994
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3916
Fax:  (415) 703-5480
E-mail:  Kristin.Liska@doj.ca.gov

_Counsel for Defendants Robert A. Bonta and Shirley N. Weber_

_s/ Adam E. Schulman_
(authorized 10.22.24)
Adam E. Schulman

*Counsel for Plaintiffs The Babylon Bee,
LLC and Kelly Chang Rickert*

Theodore H. Frank
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
610-457-0856
703-203-3848
adam.schulman@hlli.org
ted.frank@hlli.org

*Counsel for Plaintiff Christopher Kohls*

Theodore H. Frank (SBN 196332)
Adam E. Schulman (admitted *pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 610-457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPER KOHLS,<br><br>                Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,<br><br>                Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br><br>**ORDER CONSOLIDATING CASES** |
| THE BABYLON BEE, LLC, and KELLY CHANG RICKERT,<br><br>                Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>                Defendants. | Case No. 2:24-cv-02787-JAM-CKD |

1    Before the Court is Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert,

2    Plaintiff Christopher Kohls, and Defendants Rob Bonta and Shirley N Weber's

3    stipulation to consolidate *The Babylon Bee, LLC v. Bonta*, No. 2-24-cv-2787-JAM-CKD,

4    with *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD.  Good cause appearing, the Court

5    makes the following orders:

6    1.    Pursuant to Fed. R. Civ. P. 42, the actions denominated as <u>Kohls v. Bonta,</u>

7    <u>et al.</u> Case No. 2:24-cv-02527-JAM-CKD and <u>The Babylon Bee, LLC, et al v. Feldstein</u>

8    <u>Soto, et al.</u>, Case No. 2:24-cv-02787-JAM-CKD are hereby **CONSOLIDATED**;

9    2.    Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

10   3.    The Clerk of the Court is **DIRECTED** to add all complaints and answers

11   filed in Case No. 2:24-cv-02787-JAM-CKD to the master file;

12   4.    The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE**

13   Case No. 2:24-cv-02787-JAM-CKD; and

14   5.    The parties are **DIRECTED** to file all future pleadings, motions and other

15   filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.

16   IT IS SO ORDERED.

17

18   Dated: October 24, 2024          /s/ John A. Mendez

19                                    THE HONORABLE JOHN A. MENDEZ

20                                    SENIOR UNITED STATES DISTRICT JUDGE