Brian R. Chavez-Ochoa (CA Bar No. 190289)
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone:   (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)*
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone:   (571) 707-4655

Jonathan A. Scruggs (AZ Bar No. 030505)*
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:   (480) 444-0020

*Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert*

*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BABYLON BEE, LLC, AND KELLY CHANG RICKERT,<br><br>                              *Plaintiffs,*<br>v.<br><br>ROB BONTA, ET AL.,<br><br>                              *Defendants.* | Civil No. 2:24-cv-02787-JAM-CKD<br><br>**STIPULATION AND ORDER re** *Kohls* **Preliminary Injunction (ECF No. 45)**<br><br>**Judge:** John A. Mendez |

**STIPULATION**

1.      Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert filed this suit on September 30, 2024, in the Central District of California, and sought a temporary restraining order or preliminary injunction to enjoin Defendants California Attorney General Rob Bonta and Secretary of State Shirley N. Weber from enforcing AB 2839 (Cal. Elec. Code § 20012) against them. See Pls.' App. for TRO or Mot. Prelim. Inj., ECF No. 12.

2.      On October 2, 2024, this Court facially enjoined Defendants from enforcing AB 2839 in a related case. Order, *Kohls v. Bonta*, No. 24-cv-02527 (E.D. Cal., Oct. 2, 2024), ECF No. 14.

3.      This case was subsequently transferred to the Eastern District of California and assigned to this Court. All parties have agreed to consolidate this case with *Kohls v. Bonta* in a separate stipulation filed concurrently with this Court.

NOW THEREFORE, the parties hereby STIPULATE that:

4.      The preliminary injunction ordered on October 2 (*Kohls v. Bonta*, No. 24-cv-2527, ECF No. 14) applies to Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert by the order's plain language.


DATED:      October 22, 2024

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
VA Bar No. 96040
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
571-707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs
AZ Bar No. 030505
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
jscruggs@ADFlegal.org

*s/ Kristin A. Liska*
(authorized 10.22.24)

Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General
State Bar No. 315994
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3916
Fax:  (415) 703-5480
E-mail:  Kristin.Liska@doj.ca.gov

*Counsel for Defendants Robert A. Bonta and Shirley N. Weber*

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
209-772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC**, and **Kelly Chang Rickert**, | Civil No. 2:24-cv-02787-JAM-CKD |
| *Plaintiffs*, | **ORDER ON INJUNCTION** |
| v. | **Judge:** John A. Mendez |
| **Rob Bonta,** et al., | |
| *Defendants.* | |

Before the Court is Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, and Defendants Robert A. Bonta and Shirley N. Weber's joint stipulation that this Court's previous Order enjoining Defendants from enforcing AB 2839 in *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, ECF No. 14, extends to Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert.

The Court thus hereby **ORDERS** that the injunction in *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, applies to Plaintiffs The Bablyon Bee, LLC and Kelly Chang Rickert by that order's plain language.

IT IS SO ORDERED.


Dated: October 24, 2024          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3