Brian R. Chavez-Ochoa (CA Bar No. 190289)
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone:   (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)*
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone:   (571) 707-4655

Jonathan A. Scruggs (AZ Bar No. 030505)*
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:   (480) 444-0020

*Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert*

*Admitted pro hac vice

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>             Plaintiff,<br>v.<br><br>Rob Bonta, et al.,<br><br>             Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Stipulation to stay enforcement of AB 2655**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>             Plaintiffs,<br>v.<br><br>Rob Bonta, et al.<br><br>             Defendants. | |

## STIPULATION

1. Defendants Rob Bonta and Shirley N. Weber agree to stay enforcement of AB 2655 (Cal. Elec. Code § 20510) during the law's operative dates for the 2024 election cycle, from January 1-4, 2025.

2. In light of this stipulation, Plaintiffs will not seek a preliminary injunction staying enforcement of AB 2655 during the 2024 election cycle. Plaintiffs reserve the right to bring a motion for preliminary injunction should enforcement later become a possibility which, absent a dispositive ruling from this Court, will occur no later than late 2025 due to primary elections for the 2026 election cycle.

DATED: November 14, 2024

| | |
|---|---|
| *s/ Johannes Widmalm-Delphonse* | *s/ Adam E. Schulman* |
| Johannes Widmalm-Delphonse | (authorized 11.8.24) |
| VA Bar No. 96040 | Adam E. Schulman |
| Alliance Defending Freedom | Theodore H. Frank |
| 44180 Riverside Parkway | Hamilton Lincoln Law Institute |
| Lansdowne, VA 20176 | 1629 K Street NW, Suite 300 |
| 571-707-4655 | Washington, DC 20006 |
| jwidmalmdelphonse@adflegal.org | 610-457-0856 |
| | 703-203-3848 |
| Jonathan A. Scruggs | adam.schulman@hlli.org |
| AZ Bar No. 030505 | ted.frank@hlli.org |
| Alliance Defending Freedom | |
| 15100 N. 90th Street | *Counsel for Plaintiff Christopher Kohls* |
| Scottsdale, AZ 85260 | |
| 480-444-0020 | |
| jscruggs@ADFlegal.org | *s/ Kristin A. Liska* |
| | (authorized 11.13.24) |
| Brian R. Chavez-Ochoa | |
| CA Bar No. 190289 | Rob Bonta |
| Chavez-Ochoa Law Offices, Inc. | Attorney General of California |
| 4 Jean Street, Suite 4 | Anya M. Binsacca |
| Valley Springs, CA 95252 | Supervising Deputy Attorney General |
| 209-772-3013 | Kristin A. Liska |
| brianr@chavezochoalaw.com | Deputy Attorney General |
| | State Bar No. 315994 |
| *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA  94102-7004 |
| | Telephone: (415) 510-3916 |
| | Fax: (415) 703-5480 |
| | E-mail:  Kristin.Liska@doj.ca.gov |
| | |
| | *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* |

3

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>                    Plaintiff,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER to stay enforcement of AB 2655**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    Plaintiffs,<br>v.<br><br>Rob Bonta, et al.<br><br>                    Defendants. | |

    Before the Court are Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to stay enforcement of AB 2655.

    The Court thus hereby ORDERS Defendants Rob Bonta and Shirley N. Weber to stay of enforcement of AB 2655 during the 2024 election cycle, from January 1-4, 2025.

It is so ORDERED.

DATED: _____, 2024               _____
                                                                    The Honorable John A. Mendez
                                                                    Senior United States District Judge

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 14th day of November, 2024.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert