Brian R. Chavez-Ochoa (CA Bar No. 190289)
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone:   (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)*
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone:   (571) 707-4655

Jonathan A. Scruggs (AZ Bar No. 030505)*
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:   (480) 444-0020

*Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert*

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>      Plaintiff,<br><br>v.<br><br>Rob Bonta, et al.,<br><br>      Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER RE: STIPULATION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>Rob Bonta, et al.<br><br>      Defendants. | |

**STIPULATION**

The parties stipulate to the following summary-judgment briefing schedule:

1. The parties agree to proceed immediately to summary judgment without the need for any discovery at this time. In the event that the parties determine that discovery is needed after the cross-motions are filed, the parties shall discuss and agree to a limited period of discovery and accompanying extension of time to file any remaining briefs.

2. The parties agree to the following briefing schedule:

  a. January 15, 2025 – Plaintiffs' opening briefs for summary judgment, with a limit of 30 pages

  b. March 12, 2025 – Defendants' consolidated opposition and cross-motion for summary judgment, with a limit of 55 pages

2

      c. April 11, 2025 – Plaintiffs' consolidated opposition and reply briefs, with a limit of 30 pages

      d. May 2, 2025 – Defendants' reply brief, with a limit of 15 pages

3. The parties request the proposed timeline given the upcoming holiday schedule; counsels' outstanding deadlines in other matters, including appellate briefs in *In re Broiler Chicken Antitrust Litig.*, No. 24-2387 (7th Cir.), *Leroy v. Livingston Manor Cent. Sch. Dist.*, No. 24-1241 (2d Cir.), and *In re Wawa, Inc. Data Sec. Litig.*, No. 24-1874 (3d Cir.); Plaintiffs' desire to coordinate their separate summary judgment motions; and the complexity of responding to two summary judgment motions in one consolidated cross-motion and response.

4. This schedule provides extra pages for Defendants responding to two (2) briefs, more generous than the 10% allowance the Ninth Circuit provides for parties responding to two (2) briefs. 9th Cir. R. 32-2(b).

5. The parties agree that the Court may move to summary judgment without Defendants first filing an answer. *See, e.g.*, *Marquez v. Cable One, Inc.*, 463 F.3d 1118, 1120 (10th Cir. 2006).

DATED:     November 13, 2024

| | |
|---|---|
| *s/ Johannes Widmalm-Delphonse* | *s/ Kristin A. Liska* |
| Johannes Widmalm-Delphonse | (authorized 11.13.24) |
| VA Bar No. 96040 | |
| Alliance Defending Freedom | Rob Bonta |
| 44180 Riverside Parkway | Attorney General of California |
| Lansdowne, VA 20176 | Anya M. Binsacca |
| 571-707-4655 | Supervising Deputy Attorney General |
| jwidmalmdelphonse@adflegal.org | Kristin A. Liska |
| | Deputy Attorney General |
| Jonathan A. Scruggs | State Bar No. 315994 |
| AZ Bar No. 030505 | 455 Golden Gate Avenue, Suite 11000 |
| Alliance Defending Freedom | San Francisco, CA  94102-7004 |
| 15100 N. 90th Street | Telephone: (415) 510-3916 |
| Scottsdale, AZ 85260 | Fax: (415) 703-5480 |
| 480-444-0020 | E-mail:  Kristin.Liska@doj.ca.gov |
| jscruggs@ADFlegal.org | |
| | *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* |
| Brian R. Chavez-Ochoa | |
| CA Bar No. 190289 | |
| Chavez-Ochoa Law Offices, Inc. | |
| 4 Jean Street, Suite 4 | *s/ Adam E. Schulman* |
| Valley Springs, CA 95252 | (authorized 11.8.24) |
| 209-772-3013 | Adam E. Schulman |
| brianr@chavezochoalaw.com | Theodore H. Frank |
| | Hamilton Lincoln Law Institute |
| *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* | 1629 K Street NW, Suite 300 |
| | Washington, DC 20006 |
| | 610-457-0856 |
| | 703-203-3848 |
| | adam.schulman@hlli.org |
| | ted.frank@hlli.org |
| | |
| | *Counsel for Plaintiff Christopher Kohls* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Rob Bonta, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Rob Bonta, et al.<br><br>　　　　　　Defendants. | |

Before the Court are Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, and Defendants Rob Bonta and Shirley N. Weber's joint stipulation for a summary-judgment briefing schedule.

The Court ORDERS the following schedule:

1. Plaintiffs shall file their opening summary-judgment briefs of no more than **25 pages** each by January 15, 2025.

2. Defendants shall file a consolidated cross-motion for summary judgment and/or opposition brief of no more than **35 pages** by March 12, 2025.

3. Plaintiffs shall each file their respective consolidated opposition and reply brief of no more than **25 pages** by April 11, 2025.

4. Defendants shall file their reply brief of no more than **15 pages** by May 2, 2025.

IT IS SO ORDERED.

Dated: November 15, 2024        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE