Brian R. Chavez-Ochoa (CA Bar No. 190289)*
chavezochoa@yahoo.com
**Chavez-Ochoa Law Offices, Inc.**
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
Facsimile: (209) 772-3090

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert*

*Local Counsel
**Admitted pro hac vice

1

Notice of Related Cases

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Christopher Kohls**, | Civil No. 2:24-cv-02527-JAM-CKD |
| *Plaintiffs*, | **Notice of Related Cases** |
| v. | Judge John A. Mendez |
| **Robert A. Bonta**, *et al.*, | |
| *Defendants.* | |
| **The Babylon Bee, LLC** and **Kelly Chang Rickert**, | |
| *Plaintiffs*, | |
| v. | |
| **Robert A. Bonta**, *et al.*, | |
| *Defendants.* | |

1.      Pursuant to Local Rule 123, Plaintiffs notify the Court of the following related cases pending in this District: *Rumble Inc. v. Bonta*, no. 2:24-cv-03315 (E.D. Cal. Nov. 27, 2024), and *X Corp v. Bonta.*, no. 2:24-cv-03162 (E.D. Cal. Nov. 14, 2024).

2.      *Rumble* and *X* share many similarities with this case. All three cases involve the same defendants: Rob Bonta and Shirley N. Weber. All three cases also involve similar claims against the same California law: First and Fourteenth Amendment claims against AB 2655. Cal. Elec. Code § 20516. *Compare* Compl. ¶¶ 344–379, *The Babylon Bee, LLC v. Bonta*, ECF No. 21, *with* Compl. ¶¶ 109–142 *Rumble*, no. 2:24-cv-03315, ECF No. 1, *and* Compl. ¶¶ 96–113, 130–145, *X Corp.*, no. 2:24-cv-03162, ECF No. 1.

Notice of Related Cases

3.      This Court already found that *The Babylon Bee, LLC v. Bonta*, (originally no. 2:24-cv-2787), and *Kohls v. Bonta*, no. 2:24-cv-02527, "are related within the meaning of Local Rule 123." Related Case Order, ECF No. 18. This led to assignment of both cases to Judge John A Mendez to effect "a substantial savings of judicial effort" and promote the convenience of the parties. *Id.* This Court subsequently consolidated the two cases under the name *Kohls*. Stip. and Order Consolidating Cases, ECF No. 20.

4.      These cases thus have a significant overlap in questions of fact, law, and requests for relief, and Judge Mendez is already familiar with the legal issues. Therefore, assigning this action to Judge Mendez will likely save substantial judicial and party resources.

DATED:      December 2, 2024

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for The Babylon Bee, LLC and*
*Kelly Chang Rickert*

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case. I also certify that I will email the file-stamped copy of the foregoing document to all attorneys of record in *Rumble Inc. v Bonta*, no. 2:24-cv-03315, and *X Corp. v. Bonta*, no. 2:24-cv-03162.

DATED this 2nd day of December, 2024.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for The Babylon Bee, LLC and*
*Kelly Chang Rickert*

Notice of Related Cases