CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*pro hac vice pending*, SBN NY 1758184)
FLOYD ABRAMS (*pro hac vice pending*, SBN NY 2835007)
JASON ROZBRUCH (*pro hac vice pending*, SBN NY 5753637)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity, and SHIRLEY N. WEBER, Secretary of State of California, in her official capacity,<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Pursuant to Local Rule 123, Plaintiff X Corp. hereby notifies the Court of the following related cases: *Kohls* v. *Bonta* and *The Babylon Bee, LLC* v. *Bonta*, consolidated at No. 24-cv-2527-JAM-CKD. *See* Order Consolidating Cases, No. 24-cv-2527-JAM-CKD, ECF No. 20 (E.D. Cal. Oct. 25, 2024). Plaintiff's case shares significant similarities with *Kohls* and *The Babylon Bee, LLC* such that assignment thereof to Judge John A. Mendez and Magistrate Judge Carolyn K. Delaney would likely affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

First, this case involves the same Defendants as *Kohls* and *The Babylon Bee, LLC* — Robert A. Bonta and Shirley N. Weber.

Second, this case involves similar claims against the same California law, California Assembly Bill ("AB") 2655. Specifically, (i) as in *Kohls*, Plaintiff X Corp. alleges that AB 2655 violates the First and Fourteenth Amendments of the United States Constitution and Article I, Section 2, of the California Constitution — *compare* Complaint ¶¶ 96-113, 130-145, *X Corp.* v. *Bonta*, No. 24-cv-____ , ECF No. 1 (E.D. Cal. Nov. 14, 2024), *with* Complaint ¶¶ 109-144, 191-194, *Kohls*, No. 24-cv-2527-JAM-CKD, ECF No. 1 (E.D. Cal. Sept. 17, 2024); and (ii) as in *The Babylon Bee, LLC*, Plaintiff X Corp. alleges that AB 2655 violates the First and Fourteenth Amendments of the United States Constitution, *compare* Complaint ¶¶ 96-113, 130-145, *X Corp.* v. *Bonta*, No. 24-cv-____, ECF No. 1 (E.D. Cal. Nov. 14, 2024), *with* Complaint ¶¶ 344-379,

1 | *The Babylon Bee, LLC*, ECF No. 21 (E.D. Cal. Sept. 30, 2024).

2 | Third, Judge John A. Mendez has already ruled on questions of law and fact that will significantly impact Plaintiff's X Corp.'s forthcoming Motion for Preliminary Injunction. *See Kohls* v. *Bonta*, 2024 WL 4374134 (E.D. Cal. Oct. 2, 2024) (holding that AB 2839, a companion statute to AB 2655, that provides a cause of action against individuals who post "materially deceptive content" — defined nearly identically as it is in AB 2655 — likely violated the First Amendment on its face because the statute's "legitimate sweep pales in comparison to the substantial number of its applications . . . which are plainly unconstitutional").

X Corp. thus respectfully submits that its case is related within the meaning of the Local Rules to *Kohls* v. *Bonta* and *The Babylon Bee, LLC* v. *Bonta*, consolidated at No. 24-cv-2527-JAM-CKD.

NOTICE OF RELATED CASES                    3

Dated: November 14, 2024

By: */s/ William R. Warne*
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
Meghan M. Baker (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (*pro hac vice pending*, SBN NY 1758184)
Floyd Abrams (*pro hac vice pending*, SBN NY 2835007)
Jason Rozbruch (*pro hac vice pending*, SBN NY 5753637)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com