Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for The Babylon Bee, LLC
and Kelly Chang Rickert*

\* Local Counsel
\*\*Admitted pro hac vice

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **FOR THE EASTERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| Christoper Kohls,<br><br>                    *Plaintiff,*<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants.* | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Stipulation to Consolidate**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    *Plaintiffs,*<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants.* | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                    *Plaintiffs,*<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants.* | Case No. 2:24-cv-03315-JAM-CKD |

## STIPULATION

1. This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Related Case Order, ECF No. 28. It previously ordered the *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, and *The Babylon Bee, LLC v. Bonta*, No. 2:24-cv-02787-JAM-CKD, matters consolidated. Order Consolidating Cases, ECF No. 20.

1

Stipulation and Order to Consolidate

1   2.   Plaintiffs in all three of the above-entitled actions challenge the same
2 California statute: AB 2655 (Cal. Elec. Code § 20510). Plaintiffs Christopher Kohls,
3 The Babylon Bee, LLC, and Kelly Chang Rickert also challenge AB 2839 (Cal. Elec.
4 Code § 20012).
5   3.   Plaintiffs in all three of the above-entitled actions bring the same or
6 similar constitutional claims against the same Defendants: California Attorney
7 General Rob Bonta and Secretary of State Shirley N. Weber. Plaintiffs in *Rumble*
8 also bring Section 230 claims against AB 2655 and against the same Defendants.
9   4.   All parties in the above-entitled matters consent to consolidation of
10 these actions.
11   NOW THEREFORE, the parties hereby STIPULATE that:
12   5.   The above-entitled actions shall be consolidated for all purposes.

1 DATED: December 19, 2024

| | |
|---|---|
| s/ *Johannes Widmalm-Delphonse* | s/ *Kristin A. Liska* |
| Johannes Widmalm-Delphonse | (authorized 12.19.24) |
| VA Bar No. 96040 | |
| Alliance Defending Freedom | Rob Bonta |
| 44180 Riverside Parkway | Attorney General of California |
| Lansdowne, VA 20176 | Anya M. Binsacca |
| Telephone: (571) 707-4655 | Supervising Deputy Attorney General |
| jwidmalmdelphonse@adflegal.org | Kristin A. Liska |
| | Deputy Attorney General |
| Jonathan A. Scruggs | State Bar No. 315994 |
| AZ Bar No. 030505 | 455 Golden Gate Avenue, Suite 11000 |
| Alliance Defending Freedom | San Francisco, CA 94102-7004 |
| 15100 N. 90th Street | Telephone: (415) 510-3916 |
| Scottsdale, AZ 85260 | Facsimile: (415) 703-5480 |
| Telephone: (480) 444-0020 | E-mail: Kristin.Liska@doj.ca.gov |
| Facsimile: (480) 444-0028 | |
| jscruggs@ADFlegal.org | *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* |
| Brian R. Chavez-Ochoa | |
| CA Bar No. 190289 | s/ *Adam E. Schulman* |
| Chavez-Ochoa Law Offices, Inc. | (authorized 12.19.24) |
| 4 Jean Street, Suite 4 | Adam E. Schulman |
| Valley Springs, CA 95252 | DC Bar No. 1001606 |
| Telephone: (209) 772-3013 | adam.schulman@hlli.org |
| brianr@chavezochoalaw.com | Telephone: (610) 457-0856 |
| | Theodore H. Frank |
| *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* | DC Bar No. 450318 |
| | ted.frank@hlli.org |
| | Telephone: (703) 203-3848 |
| s/ *Mathew W. Hoffmann* | Hamilton Lincoln Law Institute |
| (authorized 12.19.24) | 1629 K Street NW, Suite 300 |
| Mathew W. Hoffmann | Washington, DC 20006 |
| VA Bar No. 100102 | |
| Philip A. Sechler | *Counsel for Plaintiff Christopher Kohls* |
| VA Bar No. 99761 | |
| Alliance Defending Freedom | |
| 44180 Riverside Parkway | |
| Lansdowne, VA 20176 | |
| Telephone: (571) 707-4655 | |
| Facsimile: (571) 707-4656 | |

3

Stipulation and Order to Consolidate

1  mhoffmann@ADFlegal.org
2  psechler@ADFlegal.org

3  Mercer Martin
   AZ Bar No. 038138
4  Alliance Defending Freedom
   15100 N. 90th Street
5  Scottsdale, AZ 85260
6  Telephone: (480) 444-0020
   Facsimile: (480) 444-0028
7  mmartin@ADFlegal.org

8  Brian R. Chavez-Ochoa
9  CA Bar No. 190289
   Chavez-Ochoa Law Offices, Inc.
10 4 Jean Street, Suite 4
   Valley Springs, CA 95252
11 Telephone: (209) 772-3013
12 brianr@chavezochoalaw.com

13 *Counsel for Plaintiffs Rumble Inc.*
   *and Rumble Canada Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christoper Kohls, <br><br> *Plaintiff,* <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants.* | Case No. 2:24-cv-02527-JAM-CKD <br><br> **[PROPOSED] ORDER to Consolidate** <br><br> **Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al. <br><br> *Plaintiffs,* <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants.* | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al. <br><br> *Plaintiffs,* <br> v. <br><br> Rob Bonta, et al. <br><br> *Defendants.* | Case No. 2:24-cv-03315-JAM-CKD |

5

Before the Court is Plaintiffs Christopher Kohls, The Babylon Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to consolidate *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, with *Rumble, Inc. v. Bonta*, No. 2:24-cv-03315-JAM-CKD. Good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as *Kohls v. Bonta,* Case No. 2:24-cv-02527-JAM-CKD and *Rumble, Inc. v. Bonta*, Case No. 2:24-cv-03315-JAM-CKD are hereby **CONSOLIDATED** for all purposes;

2. Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

3. The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case No. 2:24-cv-03315-JAM-CKD to the master file;

4. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 2:24-cv-03315-JAM-CKD; and

5. The parties are **DIRECTED** to file all future pleadings, motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.

It is so ORDERED.

DATED: _____, 2024        _____
                                    The Honorable John A. Mendez
                                    Senior United States District Judge

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 19th day of December, 2024.

<u>*s/ Johannes Widmalm-Delphonse*</u>
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*
