Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for The Babylon Bee, LLC
and Kelly Chang Rickert*

\* Local Counsel
\*\*Admitted pro hac vice

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls, | Case No. 2:24-cv-02527-JAM-CKD |
| *Plaintiff,* | **Stipulation to Consolidate** |
| v. | **Judge:** John A. Mendez |
| Rob Bonta, et al., | |
| *Defendants.* | |
| The Babylon Bee, LLC, et al. | Case No. 2:24-cv-02787-JAM-CKD |
| *Plaintiffs,* | |
| v. | |
| Rob Bonta, et al., | |
| *Defendants.* | |
| Rumble Inc., et al. | Case No. 2:24-cv-03315-JAM-CKD |
| *Plaintiffs,* | |
| v. | |
| Rob Bonta, et al. | |
| *Defendants.* | |

## STIPULATION

1. This Court recognized that the above-entitled actions are related within the meaning of Local Rule 123. Related Case Order, ECF No. 28. It previously ordered the *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, and *The Babylon Bee, LLC v. Bonta*, No. 2:24-cv-02787-JAM-CKD, matters consolidated. Order Consolidating Cases, ECF No. 20.

1

1      2.     Plaintiffs in all three of the above-entitled actions challenge the same
2 California statute: AB 2655 (Cal. Elec. Code § 20510). Plaintiffs Christopher Kohls,
3 The Babylon Bee, LLC, and Kelly Chang Rickert also challenge AB 2839 (Cal. Elec.
4 Code § 20012).

5     3.     Plaintiffs in all three of the above-entitled actions bring the same or
6 similar constitutional claims against the same Defendants: California Attorney
7 General Rob Bonta and Secretary of State Shirley N. Weber. Plaintiffs in *Rumble*
8 also bring Section 230 claims against AB 2655 and against the same Defendants.

9     4.     All parties in the above-entitled matters consent to consolidation of
10 these actions.

11     NOW THEREFORE, the parties hereby STIPULATE that:

12     5.     The above-entitled actions shall be consolidated for all purposes.

1  DATED: December 19, 2024

3  *s/ Johannes Widmalm-Delphonse*  *s/ Kristin A. Liska*
Johannes Widmalm-Delphonse  (authorized 12.19.24)
VA Bar No. 96040
Alliance Defending Freedom  Rob Bonta
44180 Riverside Parkway  Attorney General of California
Lansdowne, VA 20176  Anya M. Binsacca
Telephone: (571) 707-4655  Supervising Deputy Attorney General
jwidmalmdelphonse@adflegal.org  Kristin A. Liska
 Deputy Attorney General
Jonathan A. Scruggs  State Bar No. 315994
AZ Bar No. 030505  455 Golden Gate Avenue, Suite 11000
Alliance Defending Freedom  San Francisco, CA  94102-7004
15100 N. 90th Street  Telephone: (415) 510-3916
Scottsdale, AZ 85260  Facsimile: (415) 703-5480
Telephone: (480) 444-0020  E-mail:  Kristin.Liska@doj.ca.gov
Facsimile: (480) 444-0028
jscruggs@ADFlegal.org  *Counsel for Defendants Robert A. Bonta and Shirley N. Weber*

Brian R. Chavez-Ochoa
CA Bar No. 190289  *s/ Adam E. Schulman*
Chavez-Ochoa Law Offices, Inc.  (authorized 12.19.24)
4 Jean Street, Suite 4  Adam E. Schulman
Valley Springs, CA 95252  DC Bar No. 1001606
Telephone: (209) 772-3013  adam.schulman@hlli.org
brianr@chavezochoalaw.com  Telephone: (610) 457-0856
 Theodore H. Frank
*Counsel for Plaintiffs The Babylon*  DC Bar No. 450318
*Bee, LLC and Kelly Chang Rickert*  ted.frank@hlli.org
 Telephone: (703) 203-3848
*s/ Mathew W. Hoffmann*  Hamilton Lincoln Law Institute
(authorized 12.19.24)  1629 K Street NW, Suite 300
Mathew W. Hoffmann  Washington, DC 20006
VA Bar No. 100102
Philip A. Sechler  *Counsel for Plaintiff Christopher Kohls*
VA Bar No. 99761
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

3

Stipulation and Order to Consolidate

mhoffmann@ADFlegal.org
psechler@ADFlegal.org

Mercer Martin
AZ Bar No. 038138
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
mmartin@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs Rumble Inc.
and Rumble Canada Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christoper Kohls,<br><br>                    *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER to Consolidate**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |

Before the Court is Plaintiffs Christopher Kohls, The Babylon Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to consolidate *Kohls v. Bonta*, No. 2:24-cv-02527-JAM-CKD, with *Rumble, Inc. v. Bonta*, No. 2:24-cv-03315-JAM-CKD. Good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as *Kohls v. Bonta,* Case No. 2:24-cv-02527-JAM-CKD and *Rumble, Inc. v. Bonta*, Case No. 2:24-cv-03315-JAM-CKD are hereby **CONSOLIDATED** for all purposes;

2. Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

3. The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case No. 2:24-cv-03315-JAM-CKD to the master file;

4. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 2:24-cv-03315-JAM-CKD; and

5. The parties are **DIRECTED** to file all future pleadings, motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.

It is so ORDERED.

Dated: December 19, 2024           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 19th day of December, 2024.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*
