CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION RE
CONSOLIDATION

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF CALIFORNIA

3           SACRAMENTO DIVISION

4

5   CHRISTOPHER KOHLS,                    Case No. 2:24-cv-02527-JAM-CKD

              Plaintiff,                  **STIPULATION RE CONSOLIDATION**

6                                         **Judge**: John A. Mendez
        v.

7   ROBERT A. BONTA, et al.,

8            Defendants.

9   THE BABYLON BEE, LLC, et al.,         Case No. 2:24-cv-02787-JAM-CKD

10            Plaintiffs,

11       v.

12  ROBERT A. BONTA, et al.,

13           Defendants.

14  RUMBLE, INC., et al.,                 Case No. 2:24-cv-03315-JAM-CKD

15            Plaintiffs,

16       v.

17  ROBERT A. BONTA, et al.,

             Defendants.
18

    X CORP.,                              Case No. 2:24-cv-03162-JAM-CKD
19
              Plaintiff,
20
         v.
21
    ROBERT A. BONTA, et al.,
22
             Defendants.
23

24

STIPULATION RE CONSOLIDATION          2

1

**STIPULATION**

2      1.    This Court recognized that the above-entitled actions

3  are related within the meaning of Local Rule 123. Related Case

4  Order, ECF No. 13. It previously ordered the *Kohls* v. *Bonta*, No.

5  2:24-cv-02527-JAM-CKD, and *The Babylon Bee, LLC* v. *Bonta*, No. 2:24-

6  cv-02787-JAM-CKD, matters consolidated. Order Consolidating Cases,

7  *Kohls* v. *Bonta*, No. 2:24-cv-02527 (E.D. Cal. Oct. 25, 2024), ECF

8  No. 20.

9      2.    Plaintiffs in all four of the above-entitled actions

10  challenge the same California statute: AB 2655 (Cal. Elec. Code §

11  20510). Plaintiffs Christopher Kohls, The Babylon Bee, LLC, and

12  Kelly Chang Rickert also challenge AB 2839 (Cal. Elec. Code §

13  20012).

14      3.    Plaintiffs in all four of the above-entitled actions

15  bring the same or similar constitutional claims against the same

16  Defendants: California Attorney General Rob Bonta and Secretary of

17  State Shirley N. Weber. Plaintiffs in *Rumble* and *X Corp.* also bring

18  Section 230 claims against AB 2655 and against the same Defendants.

19      4.    All parties in the above-entitled matters consent to

20  consolidation of these actions.

21      NOW THEREFORE, the parties hereby STIPULATE that:

22      5.    The above-entitled actions shall be consolidated for all

23  purposes.

24

STIPULATION RE CONSOLIDATION        3

1    Dated: December 23, 2024

2    By: /s/ Joel Kurtzberg                /s/ Adam E. Schulman
     CAHILL GORDON & REINDEL LLP           (authorized 12.23.24)
3    Joel Kurtzberg (admitted *pro*        HAMILTON LINCOLN LAW INSTITUTE
     *hac vice*)                           Adam E. Schulman
4    Floyd Abrams (admitted *pro hac*      Phone: 610-457-0856
     *vice*)                               adam.schulman@hlli.org
5    Jason Rozbruch (admitted *pro*        Theodore H. Frank
     *hac vice*)                           Phone: 703-203-3848
6    32 Old Slip                           ted.frank@hlli.org
     New York, NY 10005                    1629 K Street NW, Suite 300
7    Phone: 212-701-3120                   Washington, DC 20006
     Facsimile: 212-269-5420
     jkurtzberg@cahill.com                 *Attorneys for Plaintiff*
8                                          *Christopher Kohls*
     DOWNEY BRAND LLP
9    William R. Warne (SBN 141280)         /s/ Johannes Widmalm-Delphonse
     Meghan M. Baker (SBN 243765)          (authorized 12.23.24)
10   621 Capitol Mall, 18th Floor          ALLIANCE DEFENDING FREEDOM
     Sacramento, CA 95814                  Johannes Widmalm-Delphonse
     Phone: 916-444-1000                   44180 Riverside Parkway
11   Facsimile: 916-520-5910               Lansdowne, VA 20176
                                           Phone: 571-707-4655
12   *Attorneys for Plaintiff X*           jwidmalmdelphonse@ADFlegal.org
     *Corp.*
                                           ALLIANCE DEFENDING FREEDOM
13   /s/ Kristin A. Liska                  Jonathan A. Scruggs
     (authorized 12.23.24)                 15100 N. 90th Street
14   Rob Bonta                             Scottsdale, AZ 85260
     Attorney General of California        Phone: 480-444-0020
15   Anya M. Binsacca                      Facsimile: 480-444-0028
     Supervising Deputy Attorney           jscruggs@ADFlegal.org
     General
16   Kristin A. Liska                      CHAVEZ-OCHOA LAW OFFICES, INC.
     Deputy Attorney General (SBN          Brian R. Chavez-Ochoa (SBN
17   315994)                               190289)
     455 Golden Gate Avenue, Suite         4 Jean Street, Suite 4
18   11000                                 Valley Springs, CA 95252
     San Francisco, CA 94102-7004          Phone: 209-772-3013
     Phone: 415-510-3916                   brianr@chavezochoalaw.com
19   Facsimile: 415-703-5480
     Kristin.Liska@doj.ca.gov              *Attorneys for Plaintiffs The*
20                                         *Babylon Bee, LLC and Kelly*
     *Attorneys for Defendants*            *Chang Rickert*
21   *Robert A. Bonta and Shirley N.*
     *Weber*

22

23

24

     STIPULATION RE CONSOLIDATION          4

1   /s/ Mathew W. Hoffman
    (authorized 12.23.24)
2   ALLIANCE DEFENDING FREEDOM
    Mathew W. Hoffmann
3   mhoffmann@ADFlegal.org
    Philip A. Sechler
4   psechler@ADFlegal.org
    44180 Riverside Parkway
    Lansdowne, VA 20176
5   Phone: 571-707-4655
    Facsimile: 571-707-4656
6
    ALLIANCE DEFENDING FREEDOM
7   Mercer Martin
    15100 N. 90th Street
    Scottsdale, AZ 85260
8   Phone: 480-444-0020
    Facsimile: 480-444-0028
9   mmartin@ADFlegal.org

10  CHAVEZ-OCHOA LAW OFFICES, INC.
    Brian R. Chavez-Ochoa (SBN
    190289)
11  4 Jean Street, Suite 4
    Valley Springs, CA 95252
12  Phone: 209-772-3013
    brianr@chavezochoalaw.com
13  *Attorneys for Plaintiffs*
    *Rumble Inc. and Rumble Canada*
14  *Inc.*

15

16

17

18

19

20

21

22

23

24

STIPULATION RE CONSOLIDATION          5

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF CALIFORNIA

3                         SACRAMENTO DIVISION

4

5    CHRISTOPHER KOHLS,                  Case No. 2:24-cv-02527-JAM-CKD

6              Plaintiff,                **[PROPOSED] ORDER TO CONSOLIDATE**

7         v.                            **Judge**: John A. Mendez

     ROBERT A. BONTA, et al.,
8
               Defendants.
9
     THE BABYLON BEE, LLC, et al.,       Case No. 2:24-cv-02787-JAM-CKD
10
               Plaintiffs,
11
          v.
12
     ROBERT A. BONTA, et al.,
13
               Defendants.
14
     RUMBLE, INC., et al.,               Case No. 2:24-cv-03315-JAM-CKD
15
               Plaintiffs,
16
          v.
17
     ROBERT A. BONTA, et al.,
18
               Defendants.
19   X CORP.,                            Case No. 2:24-cv-03162-JAM-CKD

20             Plaintiff,

21        v.

22   ROBERT A. BONTA, et al.,

23             Defendants.

24

     [PROPOSED] ORDER TO
     CONSOLIDATE

1    Before the Court is Plaintiffs Christopher Kohls, The Babylon

2    Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., X

3    Corp., and Defendants Rob Bonta and Shirley N. Weber's joint

4    stipulation to consolidate *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-

     CKD, with *Rumble, Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X*

5    *Corp.* v. *Bonta*, No. 2:24-cv-03162-JAM-CKD. Good cause appearing,

6    the Court makes the following orders:

7         1.   Pursuant to Fed. R. Civ. P. 42, the actions denominated

8    as *Kohls* v. *Bonta, et al.*, No. 2:24-cv-02527-JAM-CKD, *Rumble,*

9    *Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X Corp.* v. *Bonta*,

10   No. 2:24-cv-03162-JAM-CKD are hereby **CONSOLIDATED** for all

11   purposes;

12        2.   Case No. 2:24-cv-02527-JAM-CKD is designated as the

     "master file;"

13        3.   The Clerk of the Court is **DIRECTED** to add all

14   complaints and answers filed in Case Nos. 2:24-cv-03315-JAM-CKD

15   and 2:24-cv-03162-JAM-CKD to the master file;

16        4.   The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY**

17   **CLOSE** Case Nos. 2:24-cv-03315-JAM-CKD and 2:24-cv-03162-JAM-CKD;

18   and

19        5.   The parties are **DIRECTED** to file all future pleadings,

     motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-

20   CKD.

21   IT IS SO ORDERED.

22

23   DATED:_____          _____
                                    Honorable John A. Mendez
24                                  Senior United States District Judge

[PROPOSED] ORDER TO CONSOLIDATE        2

**PROOF OF SERVICE**

 I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.


Dated: December 23, 2024

By: /s/ William R. Warne
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910