Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for The Babylon Bee, LLC
and Kelly Chang Rickert*

* Local Counsel
**Admitted pro hac vice

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>                *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                *Defendants.* | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Stipulation to Modify Summary Judgment Briefing Schedule**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                *Defendants.* | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                *Defendants.* | Case No. 2:24-cv-03315-JAM-CKD |

## STIPULATION

**WHEREAS**, on November 15, 2024 (ECF No. 26), the Court ordered a summary-judgment briefing schedule that was agreed to by all parties then in the case;

**WHEREAS**, on December 20, 2024 (ECF No. 32), the Court consolidated *Rumble Inc.* v. *Bonta*, No. 24-cv-03315-JAM-CKD, with *Kohls* v. *Bonta*, No. 24-cv-02527-JAM-CKD.

1

Stipulation and Order Modifying Summary Judgment Briefing Schedule

**WHEREAS**, in light of the addition of the new parties, all parties to these cases agree that the summary-judgment briefing schedule set forth at ECF No. 26 needs to be modified, and the parties have met and conferred and agreed upon a new briefing schedule that will serve the goals of judicial efficiency by coordinating all summary-judgment briefing and reducing the potential for duplication;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties and subject to Court approval, as follows:

1. The parties agree to the following schedule:

    a. By **February 19, 2025**, Plaintiffs shall file their opening consolidated summary-judgment briefs — two in total, one concerning California Assembly Bill ("AB") 2655 and one concerning AB 2839 — each no more than **45 pages**.

    b. By **April 16, 2025**, Defendants shall file their consolidated cross-motions for summary judgment and/or opposition briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages**.

    c. By **May 16, 2025**, Plaintiffs shall file their consolidated opposition and/or reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**.

    d. By **June 6, 2025**, Defendants shall file their consolidated reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**.

2. The parties agree to proceed immediately to summary judgment without the need for any discovery at this time. In the event that the parties determine that discovery is needed after the cross-motions are filed, the parties shall discuss and agree to a limited period of discovery and accompanying extension of time to file any remaining briefs.

3. The parties request the proposed timeline given the addition of *Rumble Inc.*,; Plaintiffs' desire to coordinate their separate summary-judgment motions; and the upcoming holidays. Additionally, the Plaintiffs anticipate that a fourth case will eventually be consolidated with this one. *See* Related Case Order, ECF No. 31 (relating *X Corp. v. Bonta*, No. 2:24-cv-03162-WBS-CSK). All parties have met and conferred with counsel for X Corp., and anticipate that X Corp. will agree to participate in this briefing schedule.

4. The parties agree that the Court may move to summary judgment without Defendants first filing an answer. *See, e.g.*, *Mann* v. *Lee*, 2009 WL 5178095, at *2 (N.D. Cal. Dec. 22, 2009) (citing *Marquez* v. *Cable One, Inc.*, 463 F.3d 1118, 1120 (10th Cir. 2006)).

DATED: December 20, 2024

| | |
|---|---|
| s/ *Johannes Widmalm-Delphonse* | s/ *Kristin A. Liska* |
| Johannes Widmalm-Delphonse | (authorized 12.19.24) |
| VA Bar No. 96040 | |
| Alliance Defending Freedom | Rob Bonta |
| 44180 Riverside Parkway | Attorney General of California |
| Lansdowne, VA 20176 | Anya M. Binsacca |
| Telephone: (571) 707-4655 | Supervising Deputy Attorney General |
| jwidmalmdelphonse@adflegal.org | Kristin A. Liska |
| | Deputy Attorney General |
| Jonathan A. Scruggs | State Bar No. 315994 |
| AZ Bar No. 030505 | 455 Golden Gate Avenue, Suite 11000 |
| Alliance Defending Freedom | San Francisco, CA 94102-7004 |
| 15100 N. 90th Street | Telephone: (415) 510-3916 |
| Scottsdale, AZ 85260 | Facsimile: (415) 703-5480 |
| Telephone: (480) 444-0020 | E-mail: Kristin.Liska@doj.ca.gov |
| Facsimile: (480) 444-0028 | |
| jscruggs@ADFlegal.org | *Counsel for Defendants Robert A. Bonta and Shirley N. Weber* |
| Brian R. Chavez-Ochoa | |
| CA Bar No. 190289 | s/ *Adam E. Schulman* |
| Chavez-Ochoa Law Offices, Inc. | (authorized 12.19.24) |
| 4 Jean Street, Suite 4 | Adam E. Schulman |
| Valley Springs, CA 95252 | DC Bar No. 1001606 |
| Telephone: (209) 772-3013 | adam.schulman@hlli.org |
| brianr@chavezochoalaw.com | Telephone: (610) 457-0856 |
| | Theodore H. Frank |
| *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* | DC Bar No. 450318 |
| | ted.frank@hlli.org |
| | Telephone: (703) 203-3848 |
| s/ *Mathew W. Hoffmann* | Hamilton Lincoln Law Institute |
| (authorized 12.20.24) | 1629 K Street NW, Suite 300 |
| Mathew W. Hoffmann | Washington, DC 20006 |
| VA Bar No. 100102 | |
| Philip A. Sechler | *Counsel for Plaintiff Christopher Kohls* |
| VA Bar No. 99761 | |
| Alliance Defending Freedom | |
| 44180 Riverside Parkway | |
| Lansdowne, VA 20176 | |
| Telephone: (571) 707-4655 | |
| Facsimile: (571) 707-4656 | |

4

Stipulation and Order Modifying Summary Judgment Briefing Schedule

mhoffmann@ADFlegal.org
psechler@ADFlegal.org

Mercer Martin
AZ Bar No. 038138
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
mmartin@ADFlegal.org

Brian R. Chavez-Ochoa
CA Bar No. 190289
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

*Counsel for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

5

Stipulation and Order Modifying Summary Judgment Briefing Schedule

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls, <br><br> *Plaintiff,* <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants.* | Case No. 2:24-cv-02527-JAM-CKD <br><br> **ORDER Modifying Summary Judgment Briefing Schedule** <br><br> **Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al. <br><br> *Plaintiffs,* <br> v. <br><br> Rob Bonta, et al., <br><br> *Defendants.* | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al. <br><br> *Plaintiffs,* <br> v. <br><br> Rob Bonta, et al. <br><br> *Defendants.* | Case No. 2:24-cv-03315-JAM-CKD |

Before the Court are Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to modify the summary-judgment briefing schedule ordered on November 15, 2024 (ECF No. 26).

The Court **ORDERS** the following schedule:

1. By **February 19, 2025**, Plaintiffs shall file their opening consolidated summary-judgment briefs — two in total, one concerning California Assembly Bill ("AB") 2655 and one concerning AB 2839 — each no more than **45 pages**.

2. By **April 16, 2025**, Defendants shall file their consolidated cross-motions for summary judgment and/or opposition briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages**.

3. By **May 16, 2025**, Plaintiffs shall file their consolidated opposition and/or reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**.

4. By **June 6, 2025**, Defendants shall file their consolidated reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**.

Dated: December 26, 2024         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE