CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION RE CONSOLIDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>            Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER TO CONSOLIDATE**<br><br>**Judge**: John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>            Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>            Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>            Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

Before the Court is Plaintiffs Christopher Kohls, The Babylon Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., X Corp., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to consolidate *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-CKD, with *Rumble, Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X Corp.* v. *Bonta*, No. 2:24-cv-03162-JAM-CKD. Good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as *Kohls* v. *Bonta, et al.*, No. 2:24-cv-02527-JAM-CKD, *Rumble, Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X Corp.* v. *Bonta*, No. 2:24-cv-03162-JAM-CKD are hereby **CONSOLIDATED** for all purposes;

2. Case No. 2:24-cv-02527-JAM-CKD is designated as the "master file;"

3. The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case Nos. 2:24-cv-03315-JAM-CKD and 2:24-cv-03162-JAM-CKD to the master file;

4. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case Nos. 2:24-cv-03315-JAM-CKD and 2:24-cv-03162-JAM-CKD; and

5. The parties are **DIRECTED** to file all future pleadings, motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-CKD.

IT IS SO ORDERED.

Dated: December 26, 2024    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE