CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION FOR AMENDED
STAY OF ENFORCEMENT OF AB
2655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**STIPULATION FOR AMENDED STAY OF ENFORCEMENT OF AB 2655**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

**STIPULATION**

1.   On November 15, 2024, Judge John A. Mendez entered an Order to Stay Enforcement of Assembly Bill ("AB") 2655 (Cal. Elec. Code §§ 20510-20520), whereby Defendants Rob Bonta and Shirley N. Weber were "ORDER[ED] . . . to stay of enforcement of AB 2655 during the 2024 election cycle, from January 1-4, 2025." Order to Stay Enforcement, *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-CKD (E.D. Cal. Nov. 15, 2024), ECF 25.

2.   The end date on the stay of enforcement in the November 15, 2024 Order was premised, in part, on the notion that there were no elections scheduled in California that would trigger the substantive provisions of AB 2655 until the 2026 electoral cycle.

3.   On December 11, 2024, California Governor Gavin Newsom announced special elections for California Senate District 36 and California Assembly District 32 to fill new vacancies in those districts.  *See* Governor Newsom proclaims special election for Senate District 36, Assembly District 32, Governor Gavin Newsom (Dec.       11,       2024),       available       at https://www.gov.ca.gov/2024/12/11/governor-newsom-proclaims-special-election-for-senate-district-36-assembly-district-32/.

4.   These special elections alter the premise upon which the November 15, 2024 stay of enforcement was based, because they trigger the substantive provisions of AB 2655.

5.   Given this material change of circumstances, Defendants now agree to stay enforcement of AB 2655 during the law's operative dates for these special elections, through June 28, 2025.

6.   Given this stipulation, Plaintiffs will not seek a preliminary injunction staying enforcement of AB 2655 at this time. Plaintiffs reserve the right to bring, and Defendants reserve their rights to oppose, a motion for preliminary injunction or temporary restraining order covering the period after June 28, 2025.

7.   Defendants represent that they do not intend to enforce the identification and reporting requirements of AB 2655, including California Election Code §§ 20514(a) and 20515(a), unless and until the law's other requirements — those set forth in §§ 20513 and 20514 — are triggered by an election in California that is covered by AB 2655.   Accordingly, Defendants will not enforce any identification and reporting requirements of AB 2655, including §§ 20514(a) and 20515(a), until at least June 28, 2025.

1   Dated: January 2, 2025

2   By: /s/ Joel Kurtzberg                  /s/ Adam E. Schulman
    CAHILL GORDON & REINDEL LLP            (authorized 12.31.24)
3   Joel Kurtzberg (admitted *pro*          HAMILTON LINCOLN LAW INSTITUTE
    *hac vice*)                             Adam E. Schulman
4   Floyd Abrams (admitted *pro hac*        Theodore H. Frank
    *vice*)                                 1629 K Street NW, Suite 300
5   Jason Rozbruch (admitted *pro*          Washington, DC 20006
    *hac vice*)                             Phone: 610-457-0856
6   32 Old Slip                            Facsimile: 703-203-3848
    New York, NY 10005                     adam.schulman@hlli.org
    Phone: 212-701-3120                    ted.frank@hlli.org
7   Facsimile: 212-269-5420
    jkurtzberg@cahill.com                  *Attorneys for Plaintiff*
8                                          *Christopher Kohls*
    DOWNEY BRAND LLP
9   William R. Warne (SBN 141280)          /s/Johannes Widmalm-Delphonse
    Meghan M. Baker (SBN 243765)           (authorized 12.31.24)
    621 Capitol Mall, 18th Floor           ALLIANCE DEFENDING FREEDOM
10  Sacramento, CA 95814                   Johannes Widmalm-Delphonse
    Phone: 916-444-1000                    44180 Riverside Parkway
11  Facsimile: 916-520-5910                Lansdowne, VA 20176
                                           Phone: 571-707-4655
12  *Attorneys for Plaintiff X*            jwidmalmdelphonse@ADFlegal.org
    *Corp.*
13  /s/ Kristin A. Liska                   ALLIANCE DEFENDING FREEDOM
    (authorized 1.2.25)                    Jonathan A. Scruggs
14                                         15100 N. 90th Street
                                           Scottsdale, AZ 85260
    Rob Bonta                              Phone: 480-444-0020
15  Attorney General of California         Facsimile: 480-444-0028
    Anya M. Binsacca                       jscruggs@ADFlegal.org
16  Supervising Deputy Attorney
    General                                CHAVEZ-OCHOA LAW OFFICES, INC.
17  Kristin A. Liska                       Brian R. Chavez-Ochoa (SBN
    Deputy Attorney General (SBN           190289)
18  315994)                                4 Jean Street, Suite 4
    455 Golden Gate Avenue, Suite          Valley Springs, CA 95252
    11000                                  Phone: 209-772-3013
19  San Francisco, CA 94102-7004           brianr@chavezochoalaw.com
    Phone: 415-510-3916
20  Facsimile: 415-703-5480                *Attorneys for Plaintiffs The*
    Kristin.Liska@doj.ca.gov               *Babylon Bee, LLC and Kelly*
                                           *Chang Rickert*
21  *Attorneys for Defendants*
    *Robert A. Bonta and Shirley N.*
22  *Weber*

23

24

    STIPULATION FOR AMENDED STAY OF         5
    ENFORCEMENT OF AB 2655

1   /s/ Mathew W. Hoffmann
    (authorized 12.31.24)
2   ALLIANCE DEFENDING FREEDOM
    Mathew W. Hoffmann
3   Philip A. Sechler
    44180 Riverside Parkway
    Lansdowne, VA 20176
4   Phone: 571-707-4655
    Facsimile: 571-707-4656
5   mhoffmann@ADFlegal.org
    psechler@ADFlegal.org
6
    ALLIANCE DEFENDING FREEDOM
7   Mercer Martin
    15100 N. 90th Street
    Scottsdale, AZ 85260
8   Phone: 480-444-0020
    Facsimile: 480-444-0028
9   mmartin@ADFlegal.org

10  CHAVEZ-OCHOA LAW OFFICES, INC.
    Brian R. Chavez-Ochoa (SBN
    190289)
11  4 Jean Street, Suite 4
    Valley Springs, CA 95252
12  Phone: 209-772-3013
    brianr@chavezochoalaw.com
13
    *Attorneys for Plaintiffs*
14  *Rumble Inc. and Rumble Canada*
    *Inc.*
15

16

17

18

19

20

21

22

23

24

1   CAHILL GORDON & REINDEL LLP
    JOEL KURTZBERG (admitted *pro hac vice*)
2   FLOYD ABRAMS (admitted *pro hac vice*)
    JASON ROZBRUCH (admitted *pro hac vice*)
3   32 Old Slip
    New York, New York 10005
4   Phone: 212-701-3120
    Facsimile: 212-269-5420
5   jkurtzberg@cahill.com

6   DOWNEY BRAND LLP
    WILLIAM R. WARNE (SBN 141280)
    MEGHAN M. BAKER (SBN 243765)
7   621 Capitol Mall, 18th Floor
    Sacramento, CA 95814
8   Phone: 916-444-1000
    Facsimile: 916-520-5910

9   *Attorneys for Plaintiff X Corp.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER FOR
AMENDED STAY OF
ENFORCEMENT OF AB 2655

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, | Case No. 2:24-cv-02527-JAM-CKD |
| Plaintiff, | **[PROPOSED] ORDER FOR AMENDED STAY OF ENFORCEMENT OF AB 2655** |
| v. | |
| ROBERT A. BONTA, et al., | **Judge:** John A. Mendez |
| Defendants. | |
| THE BABYLON BEE, LLC, et al., | Case No. 2:24-cv-02787-JAM-CKD |
| Plaintiffs, | |
| v. | |
| ROBERT A. BONTA, et al., | |
| Defendants. | |
| RUMBLE, INC., et al., | Case No. 2:24-cv-03315-JAM-CKD |
| Plaintiffs, | |
| v. | |
| ROBERT A. BONTA, et al., | |
| Defendants. | |
| X CORP., | Case No. 2:24-cv-03162-JAM-CKD |
| Plaintiff, | |
| v. | |
| ROBERT A. BONTA, et al., | |
| Defendants. | |

1    Before the Court are Plaintiff X Corp., Plaintiff Christopher

2  Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert,

3  Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob

4  Bonta and Shirley N. Weber's joint stipulation for an amended stay

   of enforcement of Assembly Bill ("AB") 2655 (Cal. Elec. Code §§

5  20510-20520).  The Court thus hereby ORDERS:

6    1.   Defendants  Rob  Bonta  and  Shirly  N.  Weber  to  stay

7  enforcement of AB 2655 in its entirety, including §§ 20514(a) and

8  20515(a), through June 28, 2025.

9

10 IT IS SO ORDERED.

11

12 DATED:_____        _____
                                 Honorable John A. Mendez
13                               Senior United States District Judg

14

15

16

17

18

19

20

21

22

23

24