CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION FOR AMENDED
STAY OF ENFORCEMENT OF AB
2655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER RE: STIPULATION FOR AMENDED STAY OF ENFORCEMENT OF AB 2655**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation for an amended stay of enforcement of Assembly Bill ("AB") 2655 (Cal. Elec. Code §§ 20510-20520). The Court thus hereby ORDERS:

1. Defendants Rob Bonta and Shirly N. Weber to stay enforcement of AB 2655 in its entirety, including §§ 20514(a) and 20515(a), through June 28, 2025.

IT IS SO ORDERED.

Dated: January 2, 2025        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE