CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION FOR X CORP. TO JOIN
SUMMARY-JUDGMENT BRIEFING SCHEDULE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**STIPULATION FOR X CORP. TO JOIN SUMMARY-JUDGMENT BRIEFING SCHEDULE**<br><br>**Judge**: John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

**STIPULATION**

**WHEREAS**, on December 27, 2024 (ECF No. 36), the Court ordered a summary-judgment briefing schedule that was agreed to by all parties then in the case;

**WHEREAS**, on December 27, 2024 (ECF No. 37), the Court consolidated *X Corp. v. Bonta*, No. 24-cv-03162-JAM-CKD with *Kohls v. Bonta*, No. 24-cv-02527-JAM-CDK;

**WHEREAS**, all parties to these cases agree and respectfully request that X Corp. join the summary-judgment briefing schedule set forth at ECF No. 36;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties and subject to Court approval, that X Corp. join the summary-judgment briefing schedule set forth at ECF No. 36.

Dated: January 7, 2025

By: /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
Floyd Abrams (admitted *pro hac vice*)
Jason Rozbruch (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
William R. Warne (SBN 141280)
Meghan M. Baker (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

/s/ Adam E. Schulman
(authorized 01.03.25)
HAMILTON LINCOLN LAW INSTITUTE
Adam E. Schulman
Theodore H. Frank
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: 610-457-0856
Facsimile: 703-203-3848
adam.schulman@hlli.org
ted.frank@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

/s/ Johannes Widmalm-Delphonse
(authorized 01.04.25)
ALLIANCE DEFENDING FREEDOM
Johannes Widmalm-Delphonse
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
jwidmalmdelphonse@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Jonathan A. Scruggs
15100 N. 90th Street
Scottsdale, AZ 85260

Phone: 480-444-0020
Facsimile: 480-444-0028
jscruggs@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

/s/ Mathew W. Hoffmann
(authorized 01.04.25)
ALLIANCE DEFENDING FREEDOM
Mathew W. Hoffmann
Philip A. Sechler
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
Facsimile: 571-707-4656
mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

/s/ Kristin A. Liska
(authorized 01.06.25)
Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General (SBN 315994)
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Phone: 415-510-3916
Facsimile: 415-703-5480
Kristin.Liska@doj.ca.gov

*Attorneys for Defendants Robert A. Bonta and Shirley N. Weber*

STIPULATION FOR X CORP. TO JOIN SUMMARY-JUDGMENT BRIEFING SCHEDULE

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER FOR X CORP. TO JOIN SUMMARY-JUDGMENT BRIEFING SCHEDULE**<br><br>**Judge**: John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation for X Corp. to join the summary-judgment briefing schedule ordered on December 27, 2024 (ECF No. 36).

Good cause appearing, the Court ORDERS that Plaintiff X Corp. follow the summary-judgment briefing schedule set forth at ECF No. 36.

IT IS SO ORDERED.

DATED:_____           _____
                                Honorable John A. Mendez
                                Senior United States District Judge

**PROOF OF SERVICE**

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

Dated: January 7, 2025

By: /s/ William R. Warne
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910