1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION FOR X CORP. TO JOIN
SUMMARY-JUDGMENT BRIEFING SCHEDULE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, | Case No. 2:24-cv-02527-JAM-CKD |
|         Plaintiff, | **STIPULATION FOR X CORP. TO JOIN SUMMARY-JUDGMENT BRIEFING SCHEDULE** |
|    v. | |
| ROBERT A. BONTA, et al., | **Judge:** John A. Mendez |
|         Defendants. | |

| | |
|---|---|
| THE BABYLON BEE, LLC, et al., | Case No. 2:24-cv-02787-JAM-CKD |
|         Plaintiffs, | |
|    v. | |
| ROBERT A. BONTA, et al., | |
|         Defendants. | |

| | |
|---|---|
| RUMBLE, INC., et al., | Case No. 2:24-cv-03315-JAM-CKD |
|         Plaintiffs, | |
|    v. | |
| ROBERT A. BONTA, et al., | |
|         Defendants. | |

| | |
|---|---|
| X CORP., | Case No. 2:24-cv-03162-JAM-CKD |
|         Plaintiff, | |
|    v. | |
| ROBERT A. BONTA, et al., | |
|         Defendants. | |

**STIPULATION**

**WHEREAS,** on December 27, 2024 (ECF No. 36), the Court ordered a summary-judgment briefing schedule that was agreed to by all parties then in the case;

**WHEREAS,** on December 27, 2024 (ECF No. 37), the Court consolidated *X Corp.* v. *Bonta*, No. 24-cv-03162-JAM-CKD with *Kohls* v. *Bonta*, No. 24-cv-02527-JAM-CDK;

**WHEREAS,** all parties to these cases agree and respectfully request that X Corp. join the summary-judgment briefing schedule set forth at ECF No. 36;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the parties and subject to Court approval, that X Corp. join the summary-judgment briefing schedule set forth at ECF No. 36.

1  Dated: January 7, 2025

2  By: /s/ Joel Kurtzberg
   CAHILL GORDON & REINDEL LLP
3  Joel Kurtzberg (admitted *pro
   hac vice*)
4  Floyd Abrams (admitted *pro hac
   vice*)
5  Jason Rozbruch (admitted *pro
   hac vice*)
   32 Old Slip
6  New York, NY 10005
   Phone: 212-701-3120
7  Facsimile: 212-269-5420
   jkurtzberg@cahill.com
8
   DOWNEY BRAND LLP
9  William R. Warne (SBN 141280)
   Meghan M. Baker (SBN 243765)
   621 Capitol Mall, 18th Floor
10 Sacramento, CA 95814
   Phone: 916-444-1000
11 Facsimile: 916-520-5910

12 *Attorneys for Plaintiff X
   Corp.*

13 /s/ Adam E. Schulman
   (authorized 01.03.25)
14 HAMILTON LINCOLN LAW INSTITUTE
   Adam E. Schulman
15 Theodore H. Frank
   1629 K Street NW, Suite 300
   Washington, DC 20006
16 Phone: 610-457-0856
   Facsimile: 703-203-3848
17 adam.schulman@hlli.org
   ted.frank@hlli.org
18
   *Attorneys for Plaintiff
   Christopher Kohls*
19
   /s/Johannes Widmalm-Delphonse
20 (authorized 01.04.25)
   ALLIANCE DEFENDING FREEDOM
21 Johannes Widmalm-Delphonse
   44180 Riverside Parkway
22 Lansdowne, VA 20176
   Phone: 571-707-4655
23 jwidmalmdelphonse@ADFlegal.org

   ALLIANCE DEFENDING FREEDOM
24 Jonathan A. Scruggs
   15100 N. 90th Street
   Scottsdale, AZ 85260

Phone: 480-444-0020
Facsimile: 480-444-0028
jscruggs@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs The
Babylon Bee, LLC and Kelly
Chang Rickert*

/s/ Mathew W. Hoffmann
(authorized 01.04.25)
ALLIANCE DEFENDING FREEDOM
Mathew W. Hoffmann
Philip A. Sechler
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
Facsimile: 571-707-4656
mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs
Rumble Inc. and Rumble Canada
Inc.*

1

2   /s/ Kristin A. Liska
    (authorized 01.06.25)
    Rob Bonta
3   Attorney General of California
    Anya M. Binsacca
    Supervising Deputy Attorney
4   General
    Kristin A. Liska
5   Deputy Attorney General (SBN
    315994)
6   455 Golden Gate Avenue, Suite
    11000
7   San Francisco, CA 94102-7004
    Phone: 415-510-3916
    Facsimile: 415-703-5480
8   Kristin.Liska@doj.ca.gov

9   *Attorneys for Defendants
    Robert A. Bonta and Shirley N.*
10  *Weber*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

**PROOF OF SERVICE**

2

    I hereby certify that I caused to be filed a true and accurate

3

copy of the foregoing document with the Clerk of Court using the

4

CM/ECF system, which automatically sends an electronic notification

5

to all attorneys of record in this case.

6

7

Dated: January 7, 2025

8

9

                      By: /s/ William R. Warne
                      DOWNEY BRAND LLP

10

                      William R. Warne (SBN 141280)
                      621 Capitol Mall, 18th Floor

11

                      Sacramento, CA 95814
                      Phone: 916-444-1000

12

                      Facsimile: 916-520-5910

13

14

15

16

17

18

19

20

21

22

23

24

PROOF OF SERVICE

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

ORDER FOR X CORP. TO JOIN SUMMARY-
JUDGMENT BRIEFING SCHEDULE

1              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
2
                 SACRAMENTO DIVISION
3

4
   CHRISTOPHER KOHLS,                Case No. 2:24-cv-02527-JAM-CKD
5
              Plaintiff,             **ORDER FOR X CORP. TO JOIN
6                                    SUMMARY-JUDGMENT BRIEFING
        v.                           SCHEDULE**
7
   ROBERT A. BONTA, et al.,          **Judge:** John A. Mendez
8
              Defendants.
9
   THE BABYLON BEE, LLC, et al.,     Case No. 2:24-cv-02787-JAM-CKD
10
              Plaintiffs,
11
        v.
12
   ROBERT A. BONTA, et al.,
13            Defendants.

14 RUMBLE, INC., et al.,             Case No. 2:24-cv-03315-JAM-CKD

15            Plaintiffs,

16      v.

17 ROBERT A. BONTA, et al.,

18            Defendants.

19 X CORP.,                          Case No. 2:24-cv-03162-JAM-CKD

20            Plaintiff,

21      v.

22 ROBERT A. BONTA, et al.,

23            Defendants.

24

   ORDER FOR X CORP. TO JOIN SUMMARY-      2
   JUDGMENT BRIEFING SCHEDULE

Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation for X Corp. to join the summary-judgment briefing schedule ordered on December 27, 2024 (ECF No. 36).

Good cause appearing, the Court ORDERS that Plaintiff X Corp. follow the summary-judgment briefing schedule set forth at ECF No. 36.

IT IS SO ORDERED.


Dated: January 10, 2025         /s/ John A. Mendez
                                _____
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE