CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

STIPULATION TO MODIFY SUMMARY
JUDGMENT BRIEFING SCHEDULE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

**STIPULATION**

**WHEREAS**, on December 27, 2024 (ECF No. 36), the Court ordered the following summary judgment briefing schedule, which was agreed to by all parties then in the case:

a. By **February 19, 2025,** Plaintiffs shall file their opening consolidated summary judgment briefs — two in total, one concerning California Assembly Bill ("AB") 2655 and one concerning AB 2839 — each no more than **45 pages.**

b. By **April 16, 2025,** Defendants shall file their consolidated cross-motions for summary judgment and/or opposition briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages.**

c. By **May 16, 2025,** Plaintiffs shall file their consolidated opposition and/or reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages.**

d. By **June 6, 2025,** Defendants shall file their consolidated reply briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages;**

**WHEREAS**, on January 10, 2024 (ECF No. 42), the Court ordered Plaintiff X Corp. to follow the summary judgment briefing schedule set forth at ECF No. 36;

///

///

STIPULATION TO MODIFY SUMMARY
JUDGMENT BRIEFING SCHEDULE                    3

**WHEREAS**, after the Court's entry of ECF Nos. 36 and 42, the parties conferred about next steps, including the potential use of experts and the potential need for expert discovery;

**WHEREAS**, the Parties were not able to commit at this time as to whether they intend to use experts in support of their cases and, under the current briefing schedule, would not be able to disclose information about potential experts before the filing of the Plaintiffs' opening briefs;

**WHEREAS**, to address this issue, the Parties have agreed, subject to Court approval, to modify the current schedule to provide for both sides to file cross motions for summary judgment simultaneously and then to file simultaneously a brief responding to the other side's opening brief and in further support of their motion;

**WHEREAS**, under the proposed schedule set forth below, summary judgment briefing will conclude by the same date (June 6, 2025) as in the schedule set forth at ECF No. 36 and will not expand the number of pages filed in connection with the summary judgment motions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties and subject to Court approval, as follows:

1.   The parties agree to the following schedule:

///

    a. By **March 7, 2025**, Plaintiffs shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages**, and Defendants shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages**.

    b. By **June 6, 2025**, Plaintiffs shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**, and Defendants shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**.

2. The parties continue to agree to proceed immediately to summary judgment without the need for any discovery at this time. In the event that the parties determine that discovery is needed after the cross-motions are filed, the parties shall discuss and agree to a limited period of discovery and accompanying extension of time to file any remaining briefs.

3. The parties reserve all rights to retain expert(s) to rebut any expert(s) utilized in connection with a party's opening cross-motion for summary judgment and/or to seek discovery of any expert(s), if appropriate.

Dated: January 23, 2025

By: /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
Floyd Abrams (admitted *pro hac vice*)
Jason Rozbruch (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
William R. Warne (SBN 141280)
Meghan M. Baker (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

/s/ Adam E. Schulman
(authorized 01.23.25)
HAMILTON LINCOLN LAW INSTITUTE
Adam E. Schulman
Theodore H. Frank
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: 610-457-0856
Facsimile: 703-203-3848
adam.schulman@hlli.org
ted.frank@hlli.org

*Attorneys for Plaintiff Christopher Kohls*

/s/Johannes Widmalm-Delphonse
(authorized 01.23.25)
ALLIANCE DEFENDING FREEDOM
Johannes Widmalm-Delphonse
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
jwidmalmdelphonse@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Jonathan A. Scruggs
15100 N. 90th Street
Scottsdale, AZ 85260

Phone: 480-444-0020
Facsimile: 480-444-0028
jscruggs@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

/s/ Mathew W. Hoffmann
(authorized 01.23.25)
ALLIANCE DEFENDING FREEDOM
Mathew W. Hoffmann
Philip A. Sechler
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
Facsimile: 571-707-4656
mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

6

1

<u>/s/ Kristin A. Liska</u>
(authorized 01.21.25)
Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Deputy Attorney General (SBN 315994)
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Phone: 415-510-3916
Facsimile: 415-703-5480
Kristin.Liska@doj.ca.gov

*Attorneys for Defendants Robert A. Bonta and Shirley N. Weber*

STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**Judge**: John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT A. BONTA, et al.,<br><br>        Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's joint stipulation to modify the summary judgment briefing schedule ordered on December 27, 2024 (ECF No. 36).

The Court **ORDERS** the following schedule:

1. By **March 7, 2025,** Plaintiffs shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages,** and Defendants shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages.**

2. By **June 6, 2025,** Plaintiffs shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages**, and Defendants shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages.**

1  IT IS SO ORDERED.

2

3  DATED:_____        _____
                                 Honorable John A. Mendez
4                                Senior United States District Judge

**PROOF OF SERVICE**

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

Dated: January 23, 2025

By: /s/ William R. Warne
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910