1   CAHILL GORDON & REINDEL LLP        jkurtzberg@cahill.com
    JOEL KURTZBERG (admitted *pro*
2   *hac vice*)                        DOWNEY BRAND LLP
    FLOYD ABRAMS (admitted *pro hac*   WILLIAM R. WARNE (SBN 141280)
3   *vice*)                            MEGHAN M. BAKER (SBN 243765)
    JASON ROZBRUCH (admitted *pro*     621 Capitol Mall, 18th Floor
4   *hac vice*)                        Sacramento, CA 95814
    32 Old Slip                        Phone: 916-444-1000
5   New York, New York 10005           Facsimile: 916-520-5910
    Phone: 212-701-3120
6   Facsimile: 212-269-5420            *Attorneys for Plaintiff X Corp.*

7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                 SACRAMENTO DIVISION

11

12  CHRISTOPHER KOHLS, et al.,        Case No. 2:24-cv-02527-JAM-CKD

13          Plaintiffs,               **ORDER TO MODIFY SUMMARY JUDGMENT
                                      BRIEFING SCHEDULE (ECF 43)**
14      v.
                                      **Judge:** John A. Mendez
15  ROBERT A. BONTA, et al.,

16          Defendants.

17

18      Before the Court are Plaintiff X Corp., Plaintiff Christopher

19  Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert,

20  Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob

21  Bonta and Shirley N. Weber's joint stipulation to modify the

22  summary judgment briefing schedule ordered on December 27, 2024

23  (ECF No. 36).

24      The Court **ORDERS** the following schedule:

1.  By **March 07, 2025,** Plaintiffs shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages,** and Defendants shall file their opening consolidated summary judgment briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **45 pages.**

2.  By **June 06, 2025,** Plaintiffs shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages,** and Defendants shall file their consolidated responsive briefs — two in total, one concerning AB 2655 and one concerning AB 2839 — each no more than **30 pages.**

Dated: January 30, 2025    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY SUMMARY            2
JUDGMENT BRIEFING SCHEDULE