Brian R. Chavez-Ochoa (CA Bar No. 190289)*
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs (AZ Bar No. 030505)**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
jscruggs@ADFlegal.org

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*


Theodore H. Frank (CA Bar 196332)
Adam E. Schulman (DC Bar No. 1001606)**
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (703) 203-3848
ted.frank@hlli.org
adam.schulman@hlli.org

*Counsel for Plaintiff Christopher Kohls*

* *Local Counsel*
**Admitted pro hac vice*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls,<br><br>                    *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**Plaintiffs' Notice of Motion and Motion for Summary Judgment against AB 2839**<br><br>**Date:** August 5, 2025<br>**Time:** 1:00 pm<br>**Crtrm:** 6, 14th floor<br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.,<br><br>                    *Defendants*. | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al.<br><br>                    *Plaintiffs*,<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants*. | Case No. 2:24-cv-03315-JAM-CKD |
| X Corp,<br><br>                    *Plaintiff*,<br>v.<br><br>Rob Bonta, et al.<br><br>                    *Defendants*. | Case No. 2:24-cv-03162-JAM-CKD |

# PLAINTIFFS' NOTICE OF MOTION AND
# MOTION FOR SUMMARY JUDGMENT AGAINST AB 2839

Plaintiffs Christopher Kohls, The Babylon Bee, LLC, and Kelly Chang Rickert move for summary judgment under Federal Rule of Civil Procedure 56 and Local Rule 260. Plaintiffs request that this Court enter a permanent injunction prohibiting Defendants from enforcing AB 2839, Cal. Elec. Code § 20012 *et seq.*, facially and as applied. Under 28 U.S.C. § 2201, Plaintiffs also seek declaratory relief stating that facially and as applied AB 2839 violates the First and Fourteenth Amendments to the United States Constitution and Article I, Section 2, of the California Constitution.

As set out in Plaintiffs' attached memorandum of law, there is no genuine dispute of any material fact that would preclude summary judgment, and Plaintiffs are entitled to judgment as a matter of law. In support of this motion, Plaintiffs submit and rely upon the following:

- Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment against AB 2839
- Statement of Undisputed Facts in Support of Plaintiffs' Motions for Summary Judgment
- Declaration of Christopher Kohls in Support of Plaintiffs' Motions for Summary Judgment
- Declaration of Seth Dillon in Support of Plaintiffs' Motions for Summary Judgment
- Declaration of Kelly Chang Rickert in Support of Plaintiffs' Motions for Summary Judgment
- Declaration of Joel Kurtzberg in Support of Plaintiffs' Motions for Summary Judgment
- All documents previously filed with the Court

1  Should this Court grant Plaintiffs' request for relief, Plaintiffs also seek
2 reasonable attorneys' fees and costs, and any other relief this Court finds just and
3 proper.

5 DATED:      March 7, 2025

7 *s/ Adam E. Schulman*                          *s/ Johannes Widmalm-Delphonse*
Adam E. Schulman                                Johannes Widmalm-Delphonse
8 (authorized 03.07.2025)                       VA Bar No. 96040
DC Bar No. 1001606                              Alliance Defending Freedom
9 adam.schulman@hlli.org                        44180 Riverside Parkway
Telephone: (610) 457-0856                       Lansdowne, VA 20176
10 Theodore H. Frank                            Telephone: (571) 707-4655
CA Bar No. 196332                               jwidmalmdelphonse@adflegal.org
11 ted.frank@hlli.org
Telephone: (703) 203-3848                       Jonathan A. Scruggs
12 Hamilton Lincoln Law Institute               AZ Bar No. 030505
1629 K Street NW, Suite 300                     Alliance Defending Freedom
13 Washington, DC 20006                         15100 N. 90th Street
                                                Scottsdale, AZ 85260
14 *Counsel for Plaintiff Christopher Kohls*    Telephone: (480) 444-0020
                                                jscruggs@ADFlegal.org

17                                              Brian R. Chavez-Ochoa
                                                CA Bar No. 190289
18                                              Chavez-Ochoa Law Offices, Inc.
                                                4 Jean Street, Suite 4
19                                              Valley Springs, CA 95252
                                                Telephone: (209) 772-3013
20                                              brianr@chavezochoalaw.com

22                                              *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

2

Plaintiffs' Motion for Summary Judgment Against AB 2839

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that I filed a true and accurate copy of the foregoing |
| 3 | document with the Clerk of Court using the CM/ECF system, which automatically |
| 4 | sends an electronic notification to all counsel of record. |

DATED this 7th day of March, 2025.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*