Brian R. Chavez-Ochoa (CA Bar No. 190289)*
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013
brianr@chavezochoalaw.com

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jwidmalmdelphonse@adflegal.org

Jonathan A. Scruggs (AZ Bar No. 030505)**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
jscruggs@ADFlegal.org

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*


Theodore H. Frank (CA Bar 196332)
Adam E. Schulman (DC Bar No. 1001606)**
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: 703-203-3848
ted.frank@hlli.org
adam.schulman@hlli.org

*Counsel for Plaintiff Christopher Kohls*

* *Local Counsel*
***Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls, *Plaintiff*, v. Rob Bonta, et al., *Defendants.* | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[Proposed] Order Granting Plaintiffs' Motion for Summary Judgment Against AB 2839**<br><br>**Judge:** John A. Mendez |
| The Babylon Bee, LLC, et al. *Plaintiffs*, v. Rob Bonta, et al., *Defendants.* | Case No. 2:24-cv-02787-JAM-CKD |
| Rumble Inc., et al. *Plaintiffs*, v. Rob Bonta, et al. *Defendants.* | Case No. 2:24-cv-03315-JAM-CKD |
| X Corp, *Plaintiff*, v. Rob Bonta, et al. *Defendants.* | Case No. 2:24-cv-03162-JAM-CKD |

### [PROPOSED] ORDER GRANTING PLAINTIFFS'
### MOTION FOR SUMMARY JUDGMENT AGAINST AB 2839

Upon consideration of the motion filed by Plaintiffs Christopher Kohls, The Babylon Bee, LLC, and Kelly Chang Rickert, for summary judgment in this matter, the oppositions thereto, and the entire record herein, it is this __ day of ___, 2025, hereby ORDERED that Plaintiffs' motion for summary judgment is GRANTED, and it is further ORDERED that

Defendants Rob Bonta and Shirley N. Weber and their agents, employees, public servants, officers, and persons acting in concert with them, are HEREBY ENJOINED permanently from enforcing AB 2839, Cal. Elec. Code § 20012 *et seq.*, and it is further ORDERED that

Pursuant to 28 U.S.C. § 2201, the Court DECLARES that AB 2839 violates the First and Fourteenth Amendments to the United States Constitution and Article 1, Section 2, of the California Constitution, facially and as applied to Plaintiffs Christopher Kohls, The Babylon Bee, LLC, and Kelly Chang Rickert.

It is so ORDERED.

Dated: _____, 2025         _____
                                  The Honorable John A. Mendez
                                  Senior United States District Judge