UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST AB 2655**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | |
| RUMBLE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | |
| X CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. BONTA, et al.,<br><br>　　　　　Defendants. | |

Before the Court is Plaintiffs' Motion for Summary Judgment Against California Assembly Bill No. 2655 ("AB 2655"), which is codified in law at California Election Code Sections 20510–20520. Upon consideration of the Motion and all briefs and supporting papers and in accordance with Rule 56 of the Federal Rules of Civil Procedure and Civil Local Rule 260, the Court hereby grants the Motion, declares AB 2655 constitutionally and legally invalid both on its face and as applied to Plaintiffs, and permanently enjoins its enforcement by Defendants.

Plaintiffs have established that AB 2655 violates the First and Fourteenth Amendments of the United States Constitution and Article 1, Section 2, of the California Constitution, both facially and as applied to Plaintiffs, and directly conflicts with, and is thus preempted by, 47 U.S.C. §§ 230(c)(1) and 230(c)(2)(B). Plaintiffs have also established that they will suffer irreparable injury if AB 2655 is not enjoined, that other remedies are inadequate, and that the balance of hardships and public interest favor an injunction.

It is therefore ORDERED that Plaintiffs' Motion for Summary Judgment Against AB 2655 be, and the same hereby is, GRANTED. It is further ORDERED that AB 2655 be declared to violate the First and Fourteenth Amendments of the United States Constitution and Article 1, Section 2, of the California Constitution, both facially and as applied to Plaintiffs, and to directly conflict with, and thus be preempted by 47 U.S.C. §§ 230(c)(1) and 230(c)(2)(B). Defendants, their agents and employees, all persons or entities in privity with them, and anyone acting in concert with them, are hereby permanently ENJOINED from enforcing AB 2655.

IT IS SO ORDERED.

DATED:_____                    _____
                                         The Honorable John A. Mendez
                                         United States District Judge