UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. BONTA, et al.,<br><br>Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**DECLARATION OF JOEL KURTZBERG IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AGAINST AB 2655 & AB 2839**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, et al.,<br><br>Defendants. | |
| RUMBLE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, et al.,<br><br>Defendants. | |
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. BONTA, et al.,<br><br>Defendants. | |

DECLARATION OF JOEL KURTZBERG

Joel Kurtzberg, being duly sworn, deposes and states as follows:

1. I am a partner of the law firm Cahill Gordon & Reindel LLP, attorneys for X Corp. in the above-captioned action. I am a licensed member of the Bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned action.

2. I am submitting this declaration in connection with Plaintiffs' Motions for Summary Judgment Against AB 2655 and AB 2839 in the above-captioned action to put copies of certain documents before the Court that are referenced in Plaintiffs' motion papers.

3. Annexed as **Exhibit 1** is a true and correct copy of California Assembly Bill No. 2655, which is codified in law at Cal. Elec. Code §§ 20510–20520.

4. Annexed as **Exhibit 2** is a true and correct copy of the Testimonies of Tracy Rosenberg and Assembly Member Bill Essayli before the Assembly Standing Committee on Elections, *Defending Democracy from Deepfake Deception Act of 2024*, 2023–2024 Reg. Sess. (Cal. Apr. 10, 2024), available at https://digitaldemocracy.calmatters.org/hearings/257736?t=1174&f=da025f00cb70d1ea6196340ca76df63e (last visited Mar. 6, 2025). The transcript provided with this exhibit, which was downloaded directly from the website, is auto-generated and uncertified. At my direction, an attorney at my firm reviewed the transcript and audio to confirm the accuracy of the portions quoted in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment Against AB 2655. A copy of the downloaded video file will be provided to the Court on physical media.

5. Annexed as **Exhibit 3** is a true and correct copy of the Assembly Standing Committee on the Judiciary's Analysis of Assembly Bill No. 2655, 2023–2024 Reg. Sess. (Cal. Apr. 22, 2024).

6. Annexed as **Exhibit 4** is a true and correct copy of the Senate Committee of the Judiciary's Analysis of Assembly Bill No. 2655, 2023–2024 Reg. Sess. (Cal. June 28, 2024).

7. Annexed as **Exhibit 5** is a true and correct copy of the Testimonies of Jose Torres Casillas, Khara Boender, and Assembly Member Rebecca Bauer-Kahan before the Assembly Standing Committee on the Judiciary, *Defending Democracy from Deepfake Deception Act of 2024*,

DECLARATION OF JOEL KURTZBERG    2

2023–2024 Reg. Sess. (Cal. Apr. 23, 2024), available at https://calmatters.digitaldemocracy.org/hearings/257837?t=9&f=afb99536b82e1a34379ebbfd23fe84b1 (last visited Mar. 6, 2025). The transcript provided with this exhibit, which was downloaded directly from the website, is auto-generated and uncertified. At my direction, an attorney at my firm reviewed the transcript and audio to confirm the accuracy of the portions quoted in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment Against AB 2655. A copy of the downloaded video file will be provided to the Court on physical media.

8. Annexed as **Exhibit 6** is a true and correct copy of the Assembly Standing Committee on Elections' Analysis of Assembly Bill No. 2655, 2023–2024 Reg. Sess. (Cal. Apr. 8, 2024).

9. Annexed as **Exhibit 7** is a true and correct copy of a YouTube webpage, GOP, *Beat Biden* (Apr. 25, 2023), available at https://www.youtube.com/watch?v=kLMMxgtxQ1Y (last visited Mar. 6, 2025). A copy of the downloaded video file will be provided to the Court on physical media.

10. Annexed as **Exhibit 8** is a true and correct copy of a post by X user Eliot Higgins (@EliotHiggins) (Mar. 20, 2023, 5:22 PM), available at https://x.com/EliotHiggins/status/1637927681734987777 (last visited Mar. 6, 2025).

11. Annexed as **Exhibit 9** is a true and correct copy of a post by X user Kamala HQ (@KamalaHQ) (Aug. 29, 2024, 12:57 PM), available at https://x.com/KamalaHQ/status/1829201653175636390 (last visited Mar. 6, 2025). A copy of the downloaded video file will be provided to the Court on physical media.

12. Annexed as **Exhibit 10** is a true and correct copy of a YouTube webpage, The International Association of Fire Fighters, *57th IAFF Convention: Sen. JD Vance* (Aug. 29, 2024), available at https://www.youtube.com/watch?v=EGKTo5j3gl0&t=1081s (last visited Mar. 6, 2025). A copy of the downloaded video file will be provided to the Court on physical media.

13. Annexed as **Exhibit 11** is a true and correct copy of a YouTube webpage, Mr Reagan, *Kamala Harris Ad PARODY*, YouTube (July 26, 2024), available at

1  https://www.youtube.com/watch?v=sVspeqNnoWM (last visited Mar. 6, 2025). A copy of the
2  downloaded video file will be provided to the Court on physical media.

3       14.     Annexed as **Exhibit 12** is a true and correct copy of an X post by Elon Musk
4  (@elonmusk) (July 26, 2024, 7:11 PM), available at
5  https://x.com/elonmusk/status/1816974609637417112 (last visited Mar. 6, 2025).

6       15.     Annexed as **Exhibit 13** is a true and correct copy of an X post by Governor Gavin
7  Newsom (@GavinNewsom) (July 28, 2024, 11:47 PM; Sept. 17, 2024, 7:41 PM), available at
8  https://x.com/GavinNewsom/status/1836188721663873324 (last visited Mar. 6, 2025).

9       16.     Annexed as **Exhibit 14** is a true and correct copy of the Testimony of Khara Boender
10 before the Senate Standing Committee on Elections and Constitutional Amendments, *Defending*
11 *Democracy from Deepfake Deception Act of 2024*, 2023–2024 Reg. Sess. (Cal. June 18, 2024),
12 available at
13 https://digitaldemocracy.calmatters.org/hearings/258097?t=87&f=213a711036e0125a7084c8b0de
14 e7c131 (last visited Mar. 6, 2025). The transcript provided with this exhibit, which was
15 downloaded directly from the website, is auto-generated and uncertified. At my direction, an
16 attorney at my firm reviewed the transcript and audio to confirm the accuracy of the portions quoted
17 in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary
18 Judgment Against AB 2655. A copy of the downloaded video file will be provided to the Court on
19 physical media.

20      17.     Annexed as **Exhibit 15** is a true and correct copy of a law review article by Wendy
21 Seltzer, *Free Speech Unmoored in Copyright's Safe Harbor: Chilling Effects of the DMCA on the*
22 *First Amendment*, 24 Harv. J.L. & Tech. 171 (2010).

23      18.     Annexed as **Exhibit 16** is a true and correct copy of a University of California,
24 Berkley Public Law Research Paper by Jennifer M. Urban, Joe Karaganis & Brianna Schofield,
25 *Notice and Takedown in Everyday Practice* (2016), available at https://ssrn.com/abstract=2755628
26 (last visited Mar. 6, 2025).

27      19.     Annexed as **Exhibit 17** is a true and correct copy of a law review article by Jennifer
28 M. Urban & Laura Quilter, *Efficient Process or "Chilling Effects"? Takedown Notices Under*

*Section 512 of the Digital Millennium Copyright Act*, 22 Santa Clara Comput. & High Tech. L.J. 621 (2006).

20. Annexed as **Exhibit 18** is a true and correct copy of a law review article by Alfred C. Yen, *Internet Service Provider Liability for Subscriber Copyright Infringement, Enterprise Liability, and the First Amendment*, 88 Geo. L.J. 1833 (2000).

21. Annexed as **Exhibit 19** is a true and correct copy of the X account of President Donald Trump (@realDonaldTrump), available at https://x.com/realDonaldTrump (last visited Mar. 6, 2025).

22. Annexed as **Exhibit 20** is a true and correct copy of a report by Floyd Abrams et al., *The Press Clause: The Forgotten First Amendment*, 5 J. FREE SPEECH L. 561 (2024).

23. Annexed as **Exhibit 21** is a true and correct copy of the Assembly Committee on the Judiciary's Analysis of Assembly Bill No. 2839, 2023–2024 Reg. Sess. (Cal. Apr. 26, 2024).

24. Annexed as **Exhibit 22** is a true and correct copy of the Senate Judiciary Committee's Analysis of Assembly Bill 2839, 2023–2024 Reg. Sess. (Cal. June 28, 2024).

25. Annexed as **Exhibit 23** is a true and correct copy of the revised text of Assembly Bill No. 2839 showing the Senate's August 2024 amendment to Assembly Bill No. 2839, available at https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202320240AB2839 (last visited Mar. 6, 2025) .

26. Annexed as **Exhibit 24** is a true and correct copy of the record of legislative action on Assembly Bill No. 2839, available at https://leginfo.legislature.ca.gov/faces/billHistoryClient.xhtml?bill_id=202320240AB2839 (last visited Mar. 6, 2025).

27. Annexed as **Exhibit 25** is a true and correct copy of a Republican National Committee video, GOP, *12 Minutes of Democrats Denying Election Results* (June 23, 2022), available at https://gop.com/video/12-minutes-of-democrats-denying-election-results/ (last visited Mar. 6, 2025). A copy of the downloaded video file will be provided to the Court on physical media.

28. Annexed as **Exhibit 26** is a true and correct copy of an X post by Frank J. Fleming

DECLARATION OF JOEL KURTZBERG         5

(@IMAO_) (Aug. 14, 2024, 1:19 PM), available at https://x.com/IMAO_/status/1823771340241035543 (last visited Mar. 6, 2025).

29. Annexed as **Exhibit 27** is a true and correct copy of the Testimony of Assembly Member Gail Pellerin before the California State Assembly, *Assembly Floor Session*, 2023–2024 Reg. Sess. (Cal. Aug. 30, 2024), available at https://www.assembly.ca.gov/media/assembly-floor-session-20240830 (last visited Mar. 6, 2025). The transcript provided with this exhibit, which was downloaded directly from the website, is auto-generated and uncertified. A copy of the downloaded video file will be provided to the Court on physical media.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of March, 2025 in New York, New York.

/s/ Joel Kurtzberg
Joel Kurtzberg