# EXHIBIT 7

 YouTube

Search

 Sign in



*What if*
**THE WEAKEST PRESIDENT WE'VE EVER HAD**
**WERE RE-ELECTED**

BEAT BIDEN

▶  ⏭  🔊  0:05 / 0:32                    ⊙  CC  ⚙  ⬛  ▭  ⛶

## Beat Biden

 **GOP** ✓
92.7K subscribers

Subscribe

👍 1.9K | 👎      Share      •••

347,247 views  Apr 25, 2023
An AI-generated look into the country's possible future if Joe Biden is re-elected in 2024.

Click below to subscribe now!
http://www.youtube.com/c/GOP?sub_conf...

http://www.GOP.com

### How this content was made

**Altered or synthetic content**
Sound or visuals were significantly edited or digitally generated. Learn more

### Transcript

Follow along using the transcript.

Show transcript

 **GOP**
92.7K subscribers

▶ Videos    About

Show less

## 1,276 Comments    ⇅ Sort by

 Add a comment...

---

### Sidebar videos


**Gov. Andy Beshear Victory Speech | Primary Election 202...**
KET - Kentucky Educational Television
22K views • 1 year ago
15:56


**Irish CNN reporter sees how hometown is helping Ukrainia...**
CNN ✓
53K views • 2 years ago
3:52


**First Debate Cold Open - SNL**
Saturday Night Live ✓
37M views • 4 years ago
13:41


**Steve Kornacki on when to expect to see results on...**
MSNBC ✓
644K views • 1 day ago
New
8:52


**How the Republican Party went from Lincoln to Trump**
Vox ✓
10M views • 8 years ago
7:21


**Ronald Reagan's one-liners**
CBS Sunday Morning ✓
7.2M views • 10 years ago
5:41


**JUST IN: RFK Jr. Details Work He Wants To Do If Trump Wins...**
Forbes Breaking News ✓
271K views • 4 days ago
New
31:35


**Thank You, America.**
Joe Biden ✓
478K views • 2 months ago
10:39


**'When I Hear Kamala Speak...': Hulk Hogan Roasts 'Bad...**
Forbes Breaking News ✓
941K views • 8 days ago
4:45


**President Joe Biden's most embarrassing moments | 2023...**
7NEWS Australia ✓
1.1M views • 11 months ago
8:08


**Fox News Kamala Harris Interview Cold Open - SNL**
Saturday Night Live ✓
8M views • 2 weeks ago
9:00


**Trump Stops Michigan Rally Speech To Play Video To...**
Forbes Breaking News ✓
165K views • 3 days ago
New
10:05

**Full Debate: Biden and Trump in the First 2024 Presidential...**
The Wall Street Journal ✓
22M views • Streamed 4 months ago
1:38:19