# EXHIBIT 10



anti-union and sometimes the shoe fits
but not me and not Donald Trump

18:19 / 24:23

**2024 United States elections**

Get the latest information about the election outcome from the AP on Google.

Learn more

## 57th IAFF Convention: Sen. JD Vance

The International Ass...
10.7K subscribers

Subscribe

97

Share

5,990 views  Aug 29, 2024

Republican Vice Presidential nominee and Ohio senator JD Vance addresses delegates at the IAFF's 57th Convention.

### Music
1 songs



**America First**
Merle Haggard
Chicago Wind


Music

## Transcript

Follow along using the transcript.

Show transcript



**The International Association of Fire Fighters**
10.7K subscribers

 Videos    About    Twitter

Show less

## 51 Comments

Sort by

 Add a comment...

---


**2024 Buick's Are Turning Heads**
The 2024 Buick SUV Lineup Is Turning Heads. Discover Sales Using Top Searches.
Sponsored · All Things Auto

 Visit site


**BREAKING: JD Vance Met With Mixed Reception At...**
Forbes Breaking News
1.1M views · 2 months ago


**J.D. Vance's wife, Usha Vance, introduces her husband at...**
CNBC Television
1.1M views · 3 months ago


**FULL REMARKS: Jim Gaffigan Shows No Mercy To Democrat...**
Forbes Breaking News
2.5M views · 2 weeks ago


**Jake Tapper and JD Vance spar over John Kelly. Watch the full...**
CNN
1.3M views · 9 days ago


**WATCH LIVE: Kornacki Cam on Election Night 2024 I MSNBC**
MSNBC
174K watching
LIVE


**Vance speaks at the International Association of...**
The National Desk
4.3K views · Streamed 2 months ago


**J.D. Vance addresses RNC crowd: FULL SPEECH**
FOX 4 Dallas-Fort Worth
1.9M views · 3 months ago


**Senator JD Vance holds campaign rally in Newtown, Pa...**
FOX 29 Philadelphia
16K views · Streamed 1 month ago


**JD Vance Exclusive Interview**
wgaltv
10K views · 1 month ago


**Victor Davis Hanson on "The Case For Trump"**
Hoover Institution
10M views · 5 years ago


**IAFF 57th Convention: Gov. Tim Walz**
The International Association of Fire...
4.1K views · 2 months ago


**He Predicted Trump in 2016, Biden in 2020 and Now... | NYT...**
The New York Times
3.3M views · 2 months ago

**LIVE: JD Vance meets firefighters union in Boston**
The Times and The Sunday Tim...