# EXHIBIT 13



