# EXHIBIT 19

Settings

Donald J. Trump
59.7K posts

Follow

**Donald J. Trump**
@realDonaldTrump

45th & 47th President of the United States of America🇺🇸

DonaldJTrump.com Joined March 2009

**53** Following **102.2M** Followers

**Posts** Replies Highlights Media

**Donald J. Trump** @realDonaldTrump · Mar 4

**The White ...** · 7.5M views 0:00 / 1:56:40

**The White House** @WhiteHouse
President Trump Addresses Joint Session of Congress, March 4, 2025

23K 34K 188K 35M

**Donald J. Trump** @realDonaldTrump · Feb 28

**Donald J. Trump**
@realDonaldTrump

A Statement from President Donald J. Trump

"We had a very meaningful meeting in the White House today. Much was learned that could never be understood without conversation under such fire and pressure. It's amazing what comes out through emotion, and I have determined that President Zelenskyy is not ready for Peace if America is involved,

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, including

**You might lik**
**Elon Musk**
@elonmusk
**James O'Ke**
@JamesOKe
**Joe Rogan**
@joerogan
Show more

Something we

Terms of Service Priva
Accessibility Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

Settings

Office. He can come back when he is ready for Peace."

129K 111K 792K 103M

Donald J. Trump reposted

**Dan Scavino** @Scavino47 · Feb 27

Behind the scenes at the @WhiteHouse as President @realDonaldTrump welcomes UK Prime Minister @Keir_Starmer to the West Wing🇺🇸🇬🇧

6.3K 5.4K 34K 7.5M

**Donald J. Trump** @realDonaldTrump · Feb 27

**The White House** @WhiteHouse

President Trump Holds a Press Conference with Prime Minister Keir Starmer of the United Kingdom

14K 17K 99K 32M

**Donald J. Trump** @realDonaldTrump · Feb 26

**New to X?**

Sign up now to get you

Sign

Creat

By signing up, you agre Privacy Policy, including

**You might lik**

**Elon Musk** @elonmusk

**James O'Ke** @JamesOKe

**Joe Rogan** @joerogan

Show more

Something wen

Terms of Service Priva Accessibility Ads info

**Don't miss what's happening**

People on X are the first to know.

Log in





