# EXHIBIT 24



| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

## AB-2839 Elections: deceptive media in advertisements. (2023-2024)

| Date | Action |
|---|---|
| 09/17/24 | Chaptered by Secretary of State - Chapter 262, Statutes of 2024. |
| 09/17/24 | Approved by the Governor. |
| 09/11/24 | Enrolled and presented to the Governor at 4 p.m. |
| 08/30/24 | Urgency clause adopted. Senate amendments concurred in. To Engrossing and Enrolling. (Ayes 63. Noes 8. Page 7001.). |
| 08/30/24 | In Assembly. Concurrence in Senate amendments pending. |
| 08/29/24 | Read third time. Urgency clause adopted. Passed. Ordered to the Assembly. (Ayes 32. Noes 6. Page 5669.). |
| 08/26/24 | Read second time. Ordered to third reading. |
| 08/23/24 | Read third time and amended. Ordered to second reading. |
| 08/19/24 | Read second time. Ordered to third reading. |
| 08/15/24 | Read second time and amended. Ordered returned to second reading. |
| 08/15/24 | From committee: Amend, and do pass as amended. (Ayes 5. Noes 2.) (August 15). |
| 08/05/24 | In committee: Referred to APPR suspense file. |
| 07/03/24 | Read second time and amended. Re-referred to Com. on APPR. |
| 07/03/24 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ayes 10. Noes 1.) (July 2). |
| 06/24/24 | From committee chair, with author's amendments: Amend, and re-refer to committee. Read second time, amended, and re-referred to Com. on JUD. |
| 06/18/24 | From committee: Do pass and re-refer to Com. on JUD. (Ayes 6. Noes 0.) (June 18). Re-referred to Com. on JUD. |
| 06/05/24 | Referred to Coms. on E. & C.A., JUD. and APPR. |
| 05/23/24 | In Senate. Read first time. To Com. on RLS. for assignment. |
| 05/22/24 | Read third time. Passed. Ordered to the Senate. (Ayes 59. Noes 4. Page 5511.) |
| 05/20/24 | Read second time. Ordered to third reading. |
| 05/16/24 | From committee: Do pass. (Ayes 11. Noes 3.) (May 16). |
| 05/16/24 | Joint Rule 62(a), file notice suspended. (Page 5215.) |
| 05/15/24 | In committee: Set, first hearing. Referred to APPR. suspense file. |
| 05/06/24 | Re-referred to Com. on APPR. |
| 05/02/24 | Read second time and amended. |
| 05/01/24 | From committee: Amend, and do pass as amended and re-refer to Com. on APPR. (Ayes 8. Noes 2.) (April 30). |
| 04/15/24 | Re-referred to Com. on JUD. |
| 04/11/24 | Read second time and amended. |
| 04/10/24 | From committee: Amend, and do pass as amended and re-refer to Com. on JUD. (Ayes 6. Noes 1.) (April 10). |
| 03/21/24 | Referred to Coms. on ELECTIONS and JUD. |
| 02/16/24 | From printer. May be heard in committee March 17. |
| 02/15/24 | Read first time. To print. |