# EXHIBIT 25

Home > News > Videos > 12 Minutes Of Democrats Denying Election Results

## VIDEO

# 12 MINUTES OF DEMOCRATS DENYING ELECTION RESULTS

🕐 JUN 23, 2022

[Facebook] [Twitter] [LinkedIn] [Email] [Copy Link]

[YouTube video player]

## CONNECT

### Republican National Committee

[YouTube] [X] [Instagram] [Facebook] [▪]

### Chairman Michael Whatley

[X] [Facebook] [Instagram]

### Co-Chair KC Crosbie

[X] [Facebook]



© Copyright 2025 All Rights Reserved · Privacy Policy · Contact Us

By providing your phone number, you are consenting to receive calls and recurring SMS/MMS messages, including artificial, pre-recorded, autodialed and automated calls and texts, to that number from the Republican National Committee. Msg&data rates may apply. Reply HELP for help, STOP to end. Terms & conditions/privacy policy apply. Terms & Conditions

Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's Committee. **www.gop.com**

Case 2:24-cv-02527-JAM-CKD    Document 47-26    Filed 03/07/25    Page 3 of 3
Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's Committee. **www.gop.com**