# EXHIBIT 26

