# EXHIBIT 27

CALIFORNIA STATE ASSEMBLY

## Media on Demand

Assembly Floor Session, Friday, August 30, 2024



Download Video  Download Caption  Download Audio

```
04:27:11.515 --> 04:27:14.752
134 BY MISS PELLERIN HAS THE

04:27:14.818 --> 04:27:18.522
NEXT ITEM. 134 AB 2839. IT'S A

04:27:18.589 --> 04:27:24.294
TWO THIRDS MAJORITY VOTE. CLERK

04:27:24.361 --> 04:27:28.499
WILL READ. ASSEMBLY BILL 2839 BY

04:27:28.565 --> 04:27:29.633
SENATOR PELLERIN AND OTHERS, AND

04:27:29.700 --> 04:27:30.768
RELATING TO ELECTIONS AND

04:27:30.834 --> 04:27:32.536
DECLARING THE URGENCY THEREOF TO

04:27:32.603 --> 04:27:34.037
TAKE EFFECT IMMEDIATELY.

04:27:34.104 --> 04:27:35.005
ASSEMBLY MEMBER PELLERIN, YOU

04:27:35.072 --> 04:27:36.907
ARE RECOGNIZED. THANK YOU, MR.

04:27:36.974 --> 04:27:38.575
SPEAKER, AND MEMBERS. AB 2839 IS

04:27:38.642 --> 04:27:42.012
BACK FOR CONCURRENCE. JUST LIKE

04:27:42.079 --> 04:27:43.113
I'D LIKE OUR ASSEMBLY MEMBER

04:27:43.180 --> 04:27:45.015
COLLEAGUES TO BE BACK ON THE

04:27:45.082 --> 04:27:46.984
FLOOR TO CAST A VOTE FOR THIS

04:27:47.050 --> 04:27:48.318
MEASURE. WE'VE WORKED WITH THE

04:27:48.385 --> 04:27:50.287
GOVERNOR'S OFFICE ON SENATE

04:27:50.354 --> 04:27:51.255
AMENDMENTS THAT REQUIRE DEEP

04:27:51.321 --> 04:27:53.257
FAKE PARODY MATERIAL TO BE

04:27:53.323 --> 04:27:54.425
LABELED AS BEING DIGITALLY

04:27:54.491 --> 04:27:56.226
MANIPULATED. FOR THOSE PURPOSES,

04:27:56.293 --> 04:27:58.796
AND LIMIT LIABILITY FOR DAMAGES

04:27:58.862 --> 04:28:01.265
FOR TECH AND MEDIA COMPANIES.

04:28:01.331 --> 04:28:01.899
ADDITIONALLY, RECENT AMENDMENTS

04:28:01.965 --> 04:28:04.368
ADD AN URGENCY CLAUSE. THAT WAS

04:28:04.435 --> 04:28:06.236
A GREAT IDEA SO THE BILL CAN

04:28:06.303 --> 04:28:07.638
TAKE EFFECT BEFORE THE NOVEMBER

04:28:07.704 --> 04:28:09.973
5TH, 2024. GENERAL ELECTION. I

04:28:10.040 --> 04:28:13.177
RESPECTFULLY ASK FOR YOUR AYE

04:28:13.243 --> 04:28:16.480
VOTE. THANK YOU. ASSEMBLY MEMBER

04:28:16.547 --> 04:28:17.548
PELLERIN. SEEING AND HEARING NO

04:28:17.614 --> 04:28:19.550
FURTHER DEBATE, THE CLERK WILL

04:28:19.616 --> 04:28:21.351
OPEN THE ROLL. ALL THOSE VOTE

04:28:21.418 --> 04:28:22.653
WHO DESIRE TO VOTE, ALL THOSE

04:28:22.719 --> 04:28:24.621
VOTERS TO VOTE. THIS IS A 54

04:28:24.688 --> 04:28:29.693
VOTE BILL. MEMBERS THIS. THANK

04:28:29.760 --> 04:28:34.798
YOU. 54 VOTES. MEMBERS ALL THOSE

04:28:34.865 --> 04:28:37.601
VOTE WHO DESIRE TO VOTE. ALL
```

```
04:28:37.668 --> 04:28:41.872
THOSE VOTE WHO DESIRE TO VOTE.

04:28:41.939 --> 04:28:44.007
ALL THOSE VOTE. WHO DESIRE TO

04:28:44.074 --> 04:28:52.115
VOTE. ALL THOSE VOTES WHO DESIRE

04:28:52.182 --> 04:29:03.827
TO VOTE.

04:29:03.894 --> 04:29:04.695
ASSEMBLY MEMBER PELLERIN MOVES

04:29:04.761 --> 04:29:09.900
THE CALL.
```