# EXHIBIT A

"Stock Market might not be up, but up isn't down, and down is not up, so what goes down is not up"
lawyerkelly • Follow
lawyerkelly 7w
Unburdened by what has been
sonder.travel04 7w
Is this for real 😂
Reply
patrice2020 7w
I know she's capable of such a sentence but I hope this isn't one of hers 😩🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️🤦‍♀️
2 likes Reply
View all 1 replies
3karent 7w
😂😂😂 love this
Reply
227 likes
August 6
Comments on this post have been limited.

Lawyer Kelly @lawyerkelly · Sep 22
Encore!
Not the Bee @Not_the_Bee · Sep 22
Ok, Tim, now destroy your entire campaign
BEING LIBERTARIAN
"We can't afford four more years of this"
1
84

Lawyer Kelly reposted
Defiant L's @DefiantLs · Sep 10
In light of today's debate, here's one of the coldest comebacks in history of presidential debates.
LIVE
CBS NEWS
PRESIDENTIAL DEBATE
0:11
309
3.1K
39K
4.4M

Lawyer Kelly reposted
Rob Schneider @RobSchneider · Sep 10
THISSSS!! 👇
Liz Churchill @liz_churchill10 · Sep 9
People keep asking who's running America...
VOTE NO
to an Obama 4th Term
TRUMP
MAKE AMERICA GREAT AGAIN!
2024
/@WebGuy
256
4.6K
28K
475K

Lawyer Kelly reposted
il Donaldo Trumpo @PapiTrumpo · Sep 22
AND THEY KNOW IT!!!😂😂😂
WHICH DEMOCRAT IS SECRETLY VOTING FOR TRUMP?
208
1.4K
5.7K
87K

Lawyer Kelly reposted
Kevin Sorbo @ksorbs · Sep 14
Yup
BRANCO ComicallyIncorrect.com
©2024 Creators.com
YOU'RE FINE! HE'S LYING TO YOU!
AMERICA
3 YEARS+ OF HARRIS POLICIES
415
2.8K
11K
179K

Lawyer Kelly reposted

**Mike Lee** @BasedMikeLee · Sep 21

Replying to @BasedMikeLee

8. Don't just take my word for it. Please take a look at this opinion piece, correctly analyzing Harris's hostility toward religious freedom, published by Michael Gerson in The Washington Post:

From washingtonpost.com

199 813 2.5K 98K