# EXHIBIT A


















## Trump Team Reveals Debate Strategy: Trump Will Cede All His Time To Kamala And Then Quietly Play With His Tamagotchi

POLITICS · Sep 10, 2024 · BabylonBee.com
Click here to view this article with reduced ads.



## Kamala Responds To Criticism Over Lack Of Policies By Posting Another Truck Stop Junk Food Video

POLITICS · Sep 6, 2024 · BabylonBee.com
Click here to view this article with reduced ads.



































## 'Ok, Who Got Me The MAGA Hat?' Asks Kamala Harris As Jill Biden Stifles Laughter

POLITICS · Dec 24, 2024 · BabylonBee.com





## Adorable: Trump And Musk Debut Matching Christmas Pajamas

U.S. · Dec 20, 2024 · BabylonBee.com













