UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**NOTICE OF UNOPPOSED REQUEST TO REDACT OR FILE UNDER SEAL THE IDENTIFYING INFORMATION OF THE X CORP. AND RUMBLE DECLARANTS**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | |
| RUMBLE, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | |
| X CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT A. BONTA, et al.,<br><br>          Defendants. | |

NOTICE OF UNOPPOSED REQUEST TO REDACT OR FILE UNDER SEAL THE IDENTIFYING INFORMATION OF THE X CORP. AND RUMBLE DECLARANTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 5.2 and Civil Local Rules 140 and 141, on March 7, 2025—concurrent with filing this notice—Plaintiffs X Corp. and Rumble Inc. and Rumble Canada Inc. (collectively "Rumble") have made a narrow Unopposed Request to Redact or File Under Seal the Identifying Information of the (i) X Corp. Strategy and Operations ("S&O") Team Declarant in the S&O Team Declaration in Support of Plaintiffs' Motion for Summary Judgment Against AB 2655 ("X Corp. S&O Team Declaration") and (ii) Rumble content moderator in the Rumble Declaration in Support of Plaintiffs' Motion for Summary Judgment Against AB 2655 ("Rumble Declaration"), and have submitted the accompanying Declarations of Samantha Birkenfeld-Malpass and Stacey Beall in support of such request. The identifying information sought to be redacted is the X Corp. S&O Team Declarant's and Rumble Declarant's names, employment titles, and locations where the Declarations were executed.

If the identities of the X Corp. S&O Team Declarant and Rumble Declarant are made public in connection with this lawsuit, there is a serious risk that the Declarants will face threats, harassment, and an invasion of privacy. The non-redacted X Corp. S&O Team Declaration, non-redacted Rumble Declaration, proposed redacted X Corp. S&O Team Declaration, proposed redacted Rumble Declaration, Request to Redact or File Under Seal, Declaration of Samantha Birkenfeld-Malpass in Support of the Request to Redact or File Under Seal, Declaration of Stacey Beall in Support of the Request to Redact or File Under Seal, and Proposed Order Granting X Corp.'s and Rumble's Request to Redact or File Under Seal, will be emailed to the proposed orders email box of the Honorable Judge Mendez, and will be served on all other parties, in accordance with Civil Local Rule 141(b).

Plaintiffs X Corp. and Rumble conferred with Defendants about this Request to Redact or Seal, and Defendants do not oppose it.

NOTICE OF UNOPPOSED REQUEST TO REDACT OR FILE UNDER SEAL THE IDENTIFYING INFORMATION OF THE X CORP. AND RUMBLE DECLARANTS

2

1  DATED: March 7, 2025

2  By: /s/ Joel Kurtzberg
   CAHILL GORDON & REINDEL LLP
3  Joel Kurtzberg (admitted *pro hac vice*)
   Floyd Abrams (admitted *pro hac vice*)
4  Jason Rozbruch (admitted *pro hac vice*)
   32 Old Slip
5  New York, NY 10005
   Phone: 212-701-3120
6  Facsimile: 212-269-5420
   jkurtzberg@cahill.com
7
   DOWNEY BRAND LLP
8  William R. Warne (SBN 141280)
   Meghan M. Baker (SBN 243765)
9  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
10 Phone: 916-444-1000
   Facsimile: 916-520-5910
11
   *Attorneys for Plaintiff X Corp.*
12
   /s/ Mathew W. Hoffmann
13 ALLIANCE DEFENDING FREEDOM
   Mathew W. Hoffmann
14 Philip A. Sechler
   44180 Riverside Parkway
15 Lansdowne, VA 20176
   Phone: 571-707-4655
16 Facsimile: 571-707-4656
   mhoffmann@ADFlegal.org
17 psechler@ADFlegal.org

18 ALLIANCE DEFENDING FREEDOM
   Mercer Martin
19 15100 N. 90th Street
   Scottsdale, AZ 85260
20 Phone: 480-444-0020
   Facsimile: 480-444-0028
21 mmartin@ADFlegal.org

22 CHAVEZ-OCHOA LAW OFFICES, INC.
   Brian R. Chavez-Ochoa (SBN 190289)
23 4 Jean Street, Suite 4
   Valley Springs, CA 95252
24 Phone: 209-772-3013
   brianr@chavezochoalaw.com
25
   *Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*
26

27

28 NOTICE OF UNOPPOSED REQUEST TO          3
   REDACT OR FILE UNDER SEAL THE
   IDENTIFYING INFORMATION OF THE X
   CORP. AND RUMBLE DECLARANTS

## PROOF OF SERVICE

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

Dated: March 7, 2025

By: /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

PROOF OF SERVICE