Rob Bonta
Attorney General of California
Anya M. Binsacca, State Bar No. 189613
Supervising Deputy Attorney General
Kristin A. Liska, State Bar No. 315994
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3916
 Fax: (415) 703-5480
 E-mail: Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER KOHLS, et al.,**<br><br>                                  Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in His Official Capacity as Attorney General of the State of California, and SHIRLEY N. WEBER, in Her Official Capacity as California Secretary of State,**<br><br>                                  Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        August 5, 2025<br>Time:       1:00 p.m.<br>Dept:        6<br>Judge:      The Honorable John A. Mendez<br>Trial Date: Not Scheduled<br>Action Filed: 9/17/2024 |

**TO THE COURT AND TO PLAINTIFFS' COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on August 5, 2025 at 1:00 p.m., at the United States District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, 95814, in Courtroom 6, 14th Floor, Defendants Attorney General Rob Bonta and Secretary of State Shirley N. Weber, in their official capacities, do hereby move for summary judgment in this case under Federal Rule of Civil Procedure 56. There are no material facts in dispute in this case and defendants are entitled to judgment on all claims raised by plaintiffs as a matter of law because both Assembly Bill 2839 and Assembly Bill 2655 are constitutional under the First or Fourteenth Amendments and Assembly Bill 2655 is not preempted by section 230(c) of the Communications Decency Act.

This motion is based on this Notice of Motion and Motion for Summary Judgment; the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment on AB 2839; the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment on AB 2655; Defendants' Statement of Undisputed Facts; the Declaration of R. Michael Alvarez; the Declaration of Kristin A. Liska; all pleadings and papers on file in this action; and such other matters as the Court may deem appropriate.

Dated: March 7, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Kristin A. Liska*
KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name: ***Kohls, Christopher, et al. v. Rob Bonta, et al.***
Case No.: **2:24-cv-02527-JAM-CKD**

I hereby certify that on <u>March 7, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

2. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ASSEMBLY BILL 2839**

3. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ASSEMBLY BILL 2655**

4. **DECLARATION OF R. MICHAEL ALVAREZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (with Exhibit 1)**

5. **DECLARATION OF KRISTIN A. LISKA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (with Exhibits 1-22)**

6. **DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

7. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>March 7, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| Vanessa Jordan | *Vanessa Jordan* |
| Declarant | Signature |