UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. BONTA, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO REDACT OR FILE UNDER SEAL THE IDENTIFYING INFORMATION OF THE X CORP. AND RUMBLE DECLARANTS**<br><br>**Judge:** John A. Mendez |

The Court, having considered the Notice of Unopposed Request to Redact or File Under Seal the Identifying Information of the X Corp. and Rumble Declarants, the Unopposed Request to Redact or File Under Seal the Identifying Information of the X Corp. and Rumble Declarants, the supporting Declaration of Samantha Birkenfeld-Malpass submitted by X Corp., and the supporting Declaration of Stacey Beall submitted by Rumble Inc. and Rumble Canada Inc., finding compelling reasons, and with no opposition from Defendants, hereby approves the Request and ORDERS that the identifying information of the X Corp. and Rumble Declarants—specifically the Declarants' names and employment titles, and the locations where the Declarations were executed—be redacted in accordance with the Proposed Redacted X Corp. Strategy and Operations Team Declaration and Proposed Redacted Rumble Declaration in Support of Plaintiffs' Motion for Summary Judgment Against AB 2655 provided to this Court and opposing counsel in accordance with Civil Local Rule 141(b). The redacted Declarations shall be filed on the public docket.

IT IS SO ORDERED.

Dated: March 18, 2025　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER