UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL.,<br><br>   Plaintiffs,<br><br> v.<br><br>ROB BONTA, ET AL.,<br><br>   Defendants. | No. 2:24-cv-02527-JAM-CKD<br><br>**NOTICE OF LODGING OF EXHIBITS 2, 5, 7, 9, 10, 11, 14, 25, AND 27 OF THE KURTZBERG DECLARATION IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Date**: August 5, 2025<br>**Time**: 1:00 p.m.<br>**Crtrm**: 6, 14th floor<br>**Judge**: John A. Mendez |

NOTICE OF LODGING OF EXHIBITS 2, 5, 7, 9, 10, 11, 14, 25, AND 27 OF THE KURTZBERG DECLARATION IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

1  PLAINTIFFS X CORP., RUMBLE INC. AND RUMBLE CANADA INC., CHRISTOPHER KOHLS, THE BABYLON BEE, AND KELLY CHANG RICKERT hereby give notice that they are lodging Exhibits 2, 5, 7, 9, 10, 11, 14, 25, and 27 to the Declaration of Joel Kurtzberg in Support of Plaintiffs' Motions for Summary Judgment Against AB 2655 and AB 2839 (ECF 47-1), filed on March 7, 2025, for entry into the record. The exhibits, which are video recordings, are downloaded onto a flash drive and will be hand delivered to the Clerk's office .

Dated: March 19, 2025

By: /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

NOTICE OF LODGING OF EXHIBITS 2, 5, 7, 9, 10, 11, 14, 25, AND 27 OF THE KURTZBERG DECLARATION IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

2

# **PROOF OF SERVICE**

     I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

Dated: March 19, 2025

                                          By: /s/ Joel Kurtzberg
                                          CAHILL GORDON & REINDEL LLP
                                          Joel Kurtzberg (admitted *pro hac vice*)
                                          32 Old Slip
                                          New York, NY 10005
                                          Phone: 212-701-3120
                                          Facsimile: 212-269-5420
                                          jkurtzberg@cahill.com

NOTICE OF LODGING OF EXHIBITS 2, 5, 7, 9, 10, 11, 14, 25, AND 27 OF THE KURTZBERG DECLARATION IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

3