

# United States District Court
# Eastern District of California

| CHRISTOPHER KOHLS, et al., | Case Number: 2:24-cv-02527-JAM-CKD |

Plaintiff(s)

V.

| ROBERT A. BONTA, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy Evan Maltz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: NetChoice

On 01/05/2018 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/27/2025    Signature of Applicant: /s/ Jeremy Evan Maltz

**Pro Hac Vice Attorney**

Applicant's Name: Jeremy Evan Maltz
Law Firm Name: Lehotsky Keller Cohn LLP
Address: 200 Massachusetts Avenue, NW, Suite 700

City: Washington    State: DC    Zip: 20001
Phone Number w/Area Code: (512) 693-8350
City and State of Residence: Falls Church, VA
Primary E-mail Address: jeremy@lkcfirm.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stephen M. Duvernay
Law Firm Name: BENBROOK LAW GROUP, PC
Address: 701 University Avenue, Suite 106

City: Sacramento    State: CA    Zip: 95825
Phone Number w/Area Code: (916) 447-4900    Bar #: 250957

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 02, 2025

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT