UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL., | Case No. 2:24-cv-02527-JAM-CKD |
| Plaintiffs, | **STIPULATION FOR FURTHER AMENDED STAY OF ENFORCEMENT OF AB 2655** |
| v. | **Judge:** John A. Mendez |
| ROBERT A. BONTA, ET AL., | |
| Defendants. | |

**STIPULATION**

1. On November 15, 2024, the Court entered an Order to Stay Enforcement of Assembly Bill ("AB") 2655 (Cal. Elec. Code §§ 20510-20520), whereby Defendants Rob Bonta and Shirley N. Weber were "ORDER[ED] . . . to stay of enforcement of AB 2655 during the 2024 election cycle, from January 1-4, 2025." Order to Stay Enforcement, *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-CKD (E.D. Cal. Nov. 15, 2024), ECF 25 ("Stay of Enforcement").

2. As set forth in the Parties' Stipulation for An Amended Stay of Enforcement of AB 2655 (ECF 39):

  a. The end date on the Stay of Enforcement was premised, in part, on the notion that there were no elections scheduled in California that would trigger the substantive provisions of AB 2655 until the 2026 electoral cycle.

  b. On December 11, 2024, California Governor Gavin Newsom announced special elections for California Senate District 36 and California Assembly District 32 to fill new vacancies in those districts. *See* Governor Newsom proclaims special election for Senate District 36, Assembly District 32, Governor Gavin Newsom (Dec. 11, 2024), available at https://www.gov.ca.gov/2024/12/11/governor-newsom-

proclaims-special-election-for-senate-district-36-assembly-district-32/.

   c. These special elections altered the premise upon which the Stay of Enforcement was based, because they would have triggered the substantive provisions of AB 2655.

   d. Given this material change of circumstances, Defendants agreed to stay enforcement of AB 2655 during the law's operative dates for these special elections, through June 28, 2025.  And given the Parties' Stipulation for An Amended Stay of Enforcement of AB 2655 (ECF 39), Plaintiffs agreed not to seek a preliminary injunction staying enforcement of AB 2655.  Plaintiffs reserved the right to bring, and Defendants reserved their rights to oppose, a motion for preliminary injunction or temporary restraining order covering the period after June 28, 2025.

   e. Defendants represented that they did not intend to enforce the identification and reporting requirements of AB 2655, including California Election Code §§ 20514(a) and 20515(a), unless and until the law's other requirements — those set forth in §§ 20513 and 20514 — were triggered by an election in California that is covered by AB 2655.  Accordingly, Defendants agreed not to enforce any identification and reporting requirements

1      of AB 2655, including §§ 20514(a) and 20515(a), until at
2      least June 29, 2025.

3      3.  On January 3, 2025, the Court entered an Order Re: Stipulation for Amended Stay of Enforcement of AB 2655 (ECF 40) ("Amended Stay of Enforcement"), whereby the Stay of Enforcement was extended through June 28, 2025.

4.  On April 14, 2025, California Governor Gavin Newsom announced a special election for California Assembly District 63 to fill a vacancy in that district. *See* Governor Newsom proclaims special election for Assembly District 63 (Apr. 14, 2025), available at https://www.gov.ca.gov/2025/04/14/special-election-ad63/.

5.  This special election alters the premise upon which the Amended Stay of Enforcement was based, because it triggers the substantive provisions of AB 2655.

6.  Given this material change of circumstances, Defendants now agree to stay enforcement of AB 2655 during the law's operative dates for this special election, through October 25, 2025.

7.  Given this stipulation, Plaintiffs will not seek a preliminary injunction staying enforcement of AB 2655. Plaintiffs reserve the right to bring, and Defendants reserve their rights to oppose, a motion for preliminary injunction or temporary restraining order covering the period after October 25, 2025.

8. Defendants represent that they do not intend to enforce the identification and reporting requirements of AB 2655, including California Election Code §§ 20514(a) and 20515(a), unless and until the law's other requirements — those set forth in §§ 20513 and 20514 — are triggered by an election in California that is covered by AB 2655. Accordingly, Defendants will not enforce any identification and reporting requirements of AB 2655, including §§ 20514(a) and 20515(a), until at least October 26, 2025.

Dated: June 23, 2025

| | |
|---|---|
| By: /s/ Joel Kurtzberg<br>CAHILL GORDON & REINDEL LLP<br>Joel Kurtzberg (admitted *pro hac vice*)<br>Floyd Abrams (admitted *pro hac vice*)<br>Jason Rozbruch (admitted *pro hac vice*)<br>32 Old Slip<br>New York, NY 10005<br>Phone: 212-701-3120<br>Facsimile: 212-269-5420<br>jkurtzberg@cahill.com<br><br>DOWNEY BRAND LLP<br>William R. Warne (SBN 141280)<br>Meghan M. Baker (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Phone: 916-444-1000<br>Facsimile: 916-520-5910<br><br>*Attorneys for Plaintiff X Corp.*<br><br>/s/ Kristin A. Liska<br>(authorized 06.23.25)<br><br>Rob Bonta<br>Attorney General of California<br>Anya M. Binsacca<br>Supervising Deputy Attorney General<br>Kristin A. Liska<br>Deputy Attorney General (SBN 315994)<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: 415-510-3916<br>Facsimile: 415-703-5480<br>Kristin.Liska@doj.ca.gov<br><br>*Attorneys for Defendants Robert A. Bonta and Shirley N. Weber* | /s/ Adam E. Schulman<br>(authorized 06.20.25)<br>HAMILTON LINCOLN LAW INSTITUTE<br>Adam E. Schulman<br>Theodore H. Frank<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>Phone: 610-457-0856<br>Facsimile: 703-203-3848<br>adam.schulman@hlli.org<br>ted.frank@hlli.org<br><br>*Attorneys for Plaintiff Christopher Kohls*<br><br>/s/Johannes Widmalm-Delphonse<br>(authorized 06.20.25)<br>ALLIANCE DEFENDING FREEDOM<br>Johannes Widmalm-Delphonse<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Phone: 571-707-4655<br>jwidmalmdelphonse@ADFlegal.org<br><br>ALLIANCE DEFENDING FREEDOM<br>Jonathan A. Scruggs<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Phone: 480-444-0020<br>Facsimile: 480-444-0028<br>jscruggs@ADFlegal.org<br><br>CHAVEZ-OCHOA LAW OFFICES, INC.<br>Brian R. Chavez-Ochoa (SBN 190289)<br>4 Jean Street, Suite 4<br>Valley Springs, CA 95252<br>Phone: 209-772-3013<br>brianr@chavezochoalaw.com<br><br>*Attorneys for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*<br><br>/s/ Mathew W. Hoffmann<br>(authorized 06.20.25)<br>ALLIANCE DEFENDING FREEDOM<br>Mathew W. Hoffmann<br>Philip A. Sechler<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Phone: 571-707-4655<br>Facsimile: 571-707-4656 |

mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

STIPULATION FOR FURTHER AMENDED
STAY OF ENFORCEMENT OF AB 2655

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. BONTA, ET AL., <br><br> Defendants. | Case No. 2:24-cv-02527-JAM-CKD <br><br> **ORDER FOR FURTHER AMENDED STAY OF ENFORCEMENT OF AB 2655** <br><br> **Judge:** John A. Mendez |

    Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's stipulation for a further amended stay of enforcement of Assembly Bill ("AB") 2655 (Cal. Elec. Code §§ 20510–20520). The Court thus hereby ORDERS:

    1. Defendants Rob Bonta and Shirly N. Weber to stay enforcement of AB 2655 in its entirety, including §§ 20514(a) and 20515(a), through October 25, 2025.

IT IS SO ORDERED.

Dated: June 24, 2025    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE