Brian R. Chavez-Ochoa (CA Bar No. 190289)*
brianr@chavezochoalaw.com
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Telephone: (209) 772-3013

Johannes Widmalm-Delphonse (VA Bar No. 96040)**
jwidmalmdelphonse@adflegal.org
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for The Babylon Bee, LLC
and Kelly Chang Rickert*

Theodore H. Frank (CA Bar 196332)
Adam E. Schulman (DC Bar No. 1001606)**
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: 703-203-3848
ted.frank@hlli.org
adam.schulman@hlli.org

*Counsel for Christopher Kohls*

\* *Local Counsel*
\*\**Admitted pro hac vice*

[Full list of attorneys is on the signature pages]

1

Notice of Supplemental Authority

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christoper Kohls, et al., | Case No. 2:24-cv-02527-JAM-CKD |
| *Plaintiffs*, | **Plaintiffs' Notice of Supplemental Authority** |
| v. | |
| Rob Bonta, et al., | **Judge:** John A. Mendez |
| *Defendants*. | |

Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert, Christopher Kohls, Rumble Inc. and Rumble Canada Inc., and X Corp. submit this notice under Local Rule 230(m) to bring the Court's attention to *Free Speech Coalition, Inc. v. Paxton*, No. 23-1122, 2025 WL 1773625 at *11–12 (U.S. June 27, 2025) (recognizing that strict scrutiny "is 'the most demanding test known to constitutional law,'" is "unforgiving because it is the standard for reviewing the direct targeting of fully protected speech," and "succeeds in [its] purpose if and only if, as a practical matter, it is fatal in fact absent truly extraordinary circumstances"); *see also id.* at *11 ("In the First Amendment context, we have held only once that a law triggered but satisfied strict scrutiny" in a case involving "an unusual application of strict scrutiny" "in the context of 'national security and foreign affairs'"). This opinion is relevant to Plaintiffs' arguments on the strength of the strict scrutiny test, given that the parties agree that the laws at issue here are content-based. *See* Resp. Opp'n Defs.' Mot. S. J. and Supp. Pls.' Mot. S. J. on AB 2839 16–19, 23–24, Doc. 78; Pls.' Resp. Defs.' Mot. S. J. on AB 2655 13–14, 18, 21–22, Doc. 79.

DATED:    July 14, 2025

*/s/ Johannes Widmalm-Delphonse*
ALLIANCE DEFENDING FREEDOM

2

Notice of Supplemental Authority

| | |
|---|---|
| */s/ Adam E. Schulman* <br> HAMILTON LINCOLN LAW INSTITUTE <br> Adam E. Schulman <br> Theodore H. Frank (SBN 196332) <br> 1629 K Street NW, Suite 300 <br> Washington, DC 20006 <br> Phone: 610-457-0856 <br> adam.schulman@hlli.org <br> ted.frank@hlli.org <br><br> *Attorneys for Plaintiff Christopher Kohls* <br><br> */s/ Joel Kurtzberg* <br> CAHILL GORDON & REINDEL LLP <br> Joel Kurtzberg <br> Floyd Abrams <br> Jason Rozbruch <br> 32 Old Slip <br> New York, NY 10005 <br> Phone: 212-701-3120 <br> jkurtzberg@cahill.com <br><br> DOWNEY BRAND LLP <br> William R. Warne (SBN 141280) <br> Meghan M. Baker (SBN 243765) <br> 621 Capitol Mall, 18th Floor <br> Sacramento, CA 95814 <br> Phone: 916-444-1000 <br><br> *Attorneys for Plaintiff X Corp.* | Johannes Widmalm-Delphonse <br> VA Bar No. 96040 <br> 44180 Riverside Parkway <br> Lansdowne, VA 20176 <br> Phone: 571-707-4655 <br> jwidmalmdelphonse@ADFlegal.org <br><br> ALLIANCE DEFENDING FREEDOM <br> Jonathan A. Scruggs <br> AZ Bar No. 030505 <br> 15100 N. 90th Street <br> Scottsdale, AZ 85260 <br> Phone: 480-444-0020 <br> jscruggs@ADFlegal.org <br><br> CHAVEZ-OCHOA LAW OFFICES, INC. <br> Brian R. Chavez-Ochoa <br> CA Bar No. 190289 <br> 4 Jean Street, Suite 4 <br> Valley Springs, CA 95252 <br> Phone: 209-772-3013 <br> brianr@chavezochoalaw.com <br><br> *Attorneys for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* <br><br> */s/ Mathew W. Hoffmann* <br> ALLIANCE DEFENDING FREEDOM <br> Mathew W. Hoffmann <br> Philip A. Sechler <br> 44180 Riverside Parkway <br> Lansdowne, VA 20176 <br> Phone: 571-707-4655 <br> mhoffmann@ADFlegal.org <br> psechler@ADFlegal.org <br><br> ALLIANCE DEFENDING FREEDOM <br> Mercer Martin <br> 15100 N. 90th Street <br> Scottsdale, AZ 85260 <br> Phone: 480-444-0020 <br> mmartin@ADFlegal.org |

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

4

**PROOF OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

DATED this 14th day of July, 2025.

>  */s/ Johannes Widmalm-Delphonse*
> Johannes Widmalm-Delphonse
> *Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*