UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. BONTA, ET AL., <br><br> Defendants. | Case No. 2:24-cv-02527-JAM-CKD <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD WITH NEWLY ACQUIRED INFORMATION (ECF No. 89)** <br><br> **Judge:** John A. Mendez |

The Court, having considered Plaintiffs' Unopposed Request for Leave to Supplement the Summary Judgment Record with Newly Acquired Information and the supporting Declaration of Samantha Birkenfeld-Malpass, finding compelling reasons, and with no opposition from Defendants, hereby **APPROVES** the Request and **ORDERS** that the information regarding the recent addition to Plaintiff X Corp.'s Community Notes program—as set forth in the Request and supporting Birkenfeld-Malpass Declaration—is hereby part of the summary judgment record and may be considered in connection with the parties' cross-motions for summary judgment (ECF Nos. 45, 46, 49).

IT IS SO ORDERED.

Dated: July 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD WITH NEWLY ACQUIRED INFORMATION