UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL., | Case No. 2:24-cv-02527-JAM-CKD |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| ROBERT A. BONTA, ET AL., | |
| Defendants. | |

Plaintiffs Rumble Inc., Rumble Canada Inc., and X Corp., submit this notice under Local Rule 230(m) to bring the Court's attention to two cases decided after briefing on the cross motions for summary judgment was completed: *Castronuova* v. *Meta Platforms, Inc.*, No. 4:24-CV-02523-YGR, 2025 WL 1914860 (N.D. Cal. June 10, 2025), *appeal docketed*, No. 25-4243 (9th Cir. July 10, 2025), and *Geegieh* v. *Unknown Parties*, No. CV-24-02993-PHX-SMB, 2025 WL 1769766 (D. Ariz. June 26, 2025).

In *Castronuova*, the court barred claims against X Corp. and Meta Platforms, Inc. under both 47 U.S.C. § 230(c)(1) and the First Amendment of the U.S. Constitution that alleged a "conspiracy between the social media company defendants and the federal government to censor conservative voices during the COVID-19 pandemic." 2025 WL 1914860, at *1, *3–5. The court held that "[a]n editorial decision can be 'both an expression of a publisher's point of view (protected

under the First Amendment) and a publication of a third-party's content (protected under Section 230)'" and noted that the fact that social media platforms' "moderation decisions are also protected by the First Amendment does not strip them of their Section 230 immunity." *Id.* at *5 n.4 (quoting *Doe (K.B.)* v. *Backpage.com, LLC*, 2025 WL 719080, at *4 (N.D. Cal. Mar. 3, 2025)); *see id.* n.5 ("[T]he Court finds that Section 230 and the First Amendment bar[] plaintiff's claims outright[.]").

In *Geegieh*, the court barred defamation and intentional infliction of emotional distress claims against X Corp. under both 47 U.S.C. § 230(c)(1) and the First Amendment, because the claims "attempt[ed] to hold X Corp. liable for its moderation practices." 2025 WL 1769766, at *4–5.

Both *Castronuova* and *Geegieh* are relevant to Plaintiffs' arguments that interactive computer service providers, such as X Corp. and Rumble, do not lose Section 230 immunity for liability deriving from third-party content simply because the provider's editorial decision not to remove such content is protected under the First Amendment. *See* Pls.' Resp. Defs.' Mot. S. J. on AB 2655, 24–27, Doc. 79.

Dated: July 24, 2025

By: /s/ Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
Floyd Abrams (admitted *pro hac vice*)
Jason Rozbruch (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
William R. Warne (SBN 141280)
Meghan M. Baker (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*


/s/ Mathew W. Hoffmann
ALLIANCE DEFENDING FREEDOM
Mathew W. Hoffmann
Philip A. Sechler
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
Facsimile: 571-707-4656
mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

NOTICE OF SUPPLEMENTAL AUTHORITY            3

# **PROOF OF SERVICE**

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

Dated: July 24, 2025

> By: /s/ Joel Kurtzberg
> CAHILL GORDON & REINDEL LLP
> Joel Kurtzberg (admitted *pro hac vice*)
> 32 Old Slip
> New York, NY 10005
> Phone: 212-701-3120
> Facsimile: 212-269-5420
> jkurtzberg@cahill.com

NOTICE OF SUPPLEMENTAL
AUTHORITY