IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL., | Case No. 2:24-cv-02527-JAM-CKD |
| Plaintiffs, | **ORDER AND FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO AB 2655** |
| v. | |
| ROBERT A. BONTA, ET AL., | |
| Defendants. | |

The Court, having carefully considered Plaintiffs' Motion for Summary Judgment Against Assembly Bill ("AB") 2655 (ECF No. 46) and Defendants' Cross-Motion for Summary Judgment on AB 2655 (ECF No. 49), and having (1) granted Plaintiffs' Motion for Summary Judgment because AB 2655 violates and is preempted by Section 230 of the Communications Decency Act of 1996 (47 U.S.C. § 230) and (2) denied Defendants' Cross-Motion for Summary Judgment for the reasons stated on the record during oral argument on August 5, 2025 and finding good cause, issues the following order and final judgment.

**IT IS HEREBY ORDERED** as follows:

### I. DEFINITIONS

For purposes of this Order, these definitions apply:

1. "Assembly Bill ('AB') 2655" means California Assembly Bill No. 2655, passed by the California Legislature on September 9, 2024, during the 2023-2024 legislative session, and signed by

1

the Governor of California on September 17, 2024.  AB 2655's provisions are codified in sections 20510 through 20520 of the California Elections Code.

2.   "Defendants" refers to Defendant Robert A. Bonta, in his official capacity as Attorney General of the State of California, and Shirley N. Weber, in her official capacity of the Secretary of State of the State of California, their successors in office, and their agents acting within the scope of their official duties.

3.   "Rumble" refers to Plaintiffs Rumble Inc. and Rumble Canada Inc., their successors, and assigns.

4.   "X Corp." refers to Plaintiff X Corp., its successors, and assigns.

## II. JUDGMENT

Judgment is hereby entered in favor of X Corp. and Rumble and against Defendants on the Second Cause of Action in X Corp.'s Complaint (ECF No. 38 ¶¶ 114-29) and on Count Three in Rumble's Complaint (ECF No. 33 ¶¶ 143-52) because, as explained during the August 5, 2025 hearing, AB 2655 violates and is preempted by Section 230 of the Communications Decency Act of 1996 (47 U.S.C. § 230).

## III. JUDICIAL DECLARATION

**IT IS HEREBY DECLARED** pursuant to 28 U.S.C. § 2201 that AB 2655 violates and is preempted by 47 U.S.C. § 230(c)(1), § 230(c)(2)(B), and § 230(e)(3), as-applied to X Corp. and Rumble because those entities are both "provider[s]" of "an interactive computer service," 47 U.S.C. § 230(c), § 230(f)(2), and application of AB 2655 to any such provider of an interactive

2

computer service violates and is preempted by 47 U.S.C. § 230(c)(1), § 230(c)(2)(B), and § 230(e)(3).

### III. PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that Defendants are hereby permanently enjoined from enforcing AB 2655, in its entirety, against X Corp. and Rumble.

### IV. OTHER ORDERS

**IT IS ORDERED** that this Court shall retain jurisdiction of this matter to enforce this Order and Final Judgment and Permanent Injunction.

**IT IS ORDERED** that, in light of this Order and Final Judgment and Permanent Injunction, the Court does not at this time reach the First and Third Causes of Action in X Corp.'s Complaint (ECF No. 38 ¶¶ 96-113, 130-45) or Counts One and Two in Rumble's Complaint (ECF No. 33 ¶¶ 109-42).

**FINAL JUDGMENT IS ENTERED** pursuant to the terms of this Order.

**IT IS SO ORDERED.**

August 20, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE