UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT A. BONTA, ET AL.,<br><br>    Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE BILLS OF COSTS AND MOTIONS FOR ATTORNEY'S FEES**<br><br>**Judge**: John A. Mendez |

**STIPULATION**

1. On August 20, 2025, the Court entered final judgment on Plaintiffs Rumble Inc., Rumble Canada Inc., and X Corp.'s claims. *See* Doc. 98.

2. On August 29, 2025, the Court disposed of Plaintiffs The Babylon Bee, LLC, Kelly Chang Rickert, and Christopher Kohls's claims. *See* Docs. 100, 101.

3. Under E.D. Cal. L.R. 292(b), a bill of costs is due within 14 days "after entry of judgment or order under which costs may be claimed."

4. Under E.D. Cal. L.R. 293(a), a motion for attorney's fees is due within 28 days "after entry of final judgment."

5. The Court may extend those deadlines for "good cause." Fed. R. Civ. P. 6(b)(1)(A).

6. To streamline the process for filing bills of costs and motions for attorney's fees, to account for any appeal, to conserve party and court resources, and to allow the parties time for possible negotiations regarding attorney's fees and costs, the parties desire to extend the deadlines for filing bills of costs and motions for attorney's fees.

7. The parties have reasonably agreed to an extension of 60 days from the issuance of the last appellate mandate resolving any remaining claims in this consolidated case or, if no appeal is taken, December 1, 2025.

8. Therefore, the parties respectfully request the Court to extend the deadlines for filing bills of costs and motions for attorney's fees.

Dated: September 2, 2025

| | |
|---|---|
| By: /s/ Joel Kurtzberg<br>(authorized 9.02.25)<br>CAHILL GORDON & REINDEL LLP<br>Joel Kurtzberg (admitted *pro hac vice*)<br>Floyd Abrams (admitted *pro hac vice*)<br>Jason Rozbruch (admitted *pro hac vice*)<br>32 Old Slip<br>New York, NY 10005<br>Phone: 212-701-3120<br>Facsimile: 212-269-5420<br>jkurtzberg@cahill.com<br><br>DOWNEY BRAND LLP<br>William R. Warne (SBN 141280)<br>Meghan M. Baker (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Phone: 916-444-1000<br>Facsimile: 916-520-5910<br><br>*Attorneys for Plaintiff X Corp.*<br><br>/s/ Kristin A. Liska<br>(authorized 9.02.25)<br>Rob Bonta<br>Attorney General of California<br>Anya M. Binsacca<br>Supervising Deputy Attorney General<br>Kristin A. Liska<br>Deputy Attorney General (SBN 315994)<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: 415-510-3916<br>Facsimile: 415-703-5480<br>Kristin.Liska@doj.ca.gov<br><br>*Attorneys for Defendants Robert A. Bonta and Shirley N. Weber* | /s/ Adam E. Schulman<br>(authorized 9.02.25)<br>HAMILTON LINCOLN LAW INSTITUTE<br>Adam E. Schulman<br>Theodore H. Frank<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>Phone: 610-457-0856<br>Facsimile: 703-203-3848<br>adam.schulman@hlli.org<br>ted.frank@hlli.org<br><br>*Attorneys for Plaintiff Christopher Kohls*<br><br>/s/Johannes Widmalm-Delphonse<br>(authorized 9.02.25)<br>ALLIANCE DEFENDING FREEDOM<br>Johannes Widmalm-Delphonse<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Phone: 571-707-4655<br>jwidmalmdelphonse@ADFlegal.org<br><br>ALLIANCE DEFENDING FREEDOM<br>Jonathan A. Scruggs<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Phone: 480-444-0020<br>Facsimile: 480-444-0028<br>jscruggs@ADFlegal.org<br><br>CHAVEZ-OCHOA LAW OFFICES, INC.<br>Brian R. Chavez-Ochoa (SBN 190289)<br>4 Jean Street, Suite 4<br>Valley Springs, CA 95252<br>Phone: 209-772-3013<br>brianr@chavezochoalaw.com<br><br>*Attorneys for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert* |

1 | /s/ Mathew W. Hoffmann
ALLIANCE DEFENDING FREEDOM
Mathew W. Hoffmann
Philip A. Sechler
44180 Riverside Parkway
Lansdowne, VA 20176
Phone: 571-707-4655
Facsimile: 571-707-4656
mhoffmann@ADFlegal.org
psechler@ADFlegal.org

ALLIANCE DEFENDING FREEDOM
Mercer Martin
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: 480-444-0020
Facsimile: 480-444-0028
mmartin@ADFlegal.org

CHAVEZ-OCHOA LAW OFFICES, INC.
Brian R. Chavez-Ochoa (SBN 190289)
4 Jean Street, Suite 4
Valley Springs, CA 95252
Phone: 209-772-3013
brianr@chavezochoalaw.com

*Attorneys for Plaintiffs Rumble Inc. and Rumble Canada Inc.*

STIPULATION TO EXTEND TIME TO FILE BILLS OF COSTS AND MOTIONS FOR ATTORNEY'S FEES

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT A. BONTA, ET AL.,<br><br>        Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER EXTENDING TIME TO FILE BILLS OF COSTS AND MOTIONS FOR ATTORNEY'S FEES**<br><br>**Judge**: John A. Mendez |

    Before the Court are Plaintiff X Corp., Plaintiff Christopher Kohls, Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert, Plaintiffs Rumble Inc. and Rumble Canada Inc., and Defendants Rob Bonta and Shirley N. Weber's stipulation to extend the time to file bills of costs and motions for attorney's fees. Under Federal Rule of Civil Procedure 6(b) and finding good cause to extend the deadlines, the Court hereby ORDERS:

    1.  The deadline to file bills of costs and motions for attorney's fees is **EXTENDED** to 60 days after the issuance of the last appellate mandate resolving all remaining claims in this consolidated case or, if no appeal is taken, December 01, 2025. IT IS SO ORDERED.

September 08, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE