# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:24-cv-2527-JAM-CKD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/17/2024

Date of judgment or order you are appealing: 08/20/2025

Docket entry number of judgment or order you are appealing: 98

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Attorney General Rob Bonta, Secretary of State Shirley N. Weber

Is this a cross-appeal?   ◯ Yes   ⦿ No
If yes, what is the first appeal case number? N/A
Was there a previous appeal in this case?   ◯ Yes   ⦿ No
If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Kristin Liska          **Date** 09/19/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

## CERTIFICATE OF SERVICE

Case Name: ***Kohls, Christopher, et al. v. Rob Bonta, et al.***
Case No.: **2:24-cv-02527-JAM-CKD**

I hereby certify that on <u>September 19, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT (Form 1)**

**REPRESENTATION STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>September 19, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |