UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:   CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:24–CV–02527–JAM–CKD** |
| USDC Judge: | **SENIOR DISTRICT JUDG JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **CHRISTOPHER KOHLS vs. ROB BONTA** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/17/2024** |
| Appealed Order/Judgment Filed: | **8/20/2025** |
| Court Reporter Information: | **N/A** |

FEE INFORMATION

**Fee Status: Paid on 9/19/2025 in the amount of $605.00**

Information prepared by: /s/  **K. Lopez , Deputy Clerk**